UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRIENDS OF THE EARTH U.S. AND JUSTIÇIA AMBIENTAL,<br><br>Plaintiffs,<br><br>v.<br><br>EXPORT-IMPORT BANK OF THE UNITED STATES *et al.*,<br><br>Defendants,<br><br>and<br><br>TOTALENERGIES EP MOZAMBIQUE AREA 1, LIMITADA,<br><br>Proposed Defendant-Intervenor. | Case No. 1:25-cv-02235-CJN |

**MOTION OF TOTALENERGIES EP MOZAMBIQUE AREA 1, LIMITADA
TO INTERVENE AS DEFENDANT**

TotalEnergies EP Mozambique Area 1, Limitada ("TEPMA1") moves to intervene as a defendant under Federal Rule of Civil Procedure 24 and to permit TEPMA1 to file its Answer or other responsive pleading under Federal Rule of Civil Procedure 24(c) and Local Civil Rule 7(j) by the same deadline as defendants.

Counsel for TEPMA1 has conferred with counsel for Plaintiffs Friends of the Earth U.S. and Justiça Ambiental and counsel for Defendants Export-Import Bank of the United States, James Cruse, James Burrows, and Spencer Bachus, III (collectively, "Federal Defendants"), pursuant to

Local Civil Rule 7(m). Plaintiffs have indicated that they are unable to take a position on intervention at this time. The Federal Defendants do not oppose intervention.

The grounds for TEPMA1's motion are set forth in its accompanying memorandum of points and authorities.

Respectfully submitted,

Dated: July 24, 2025

*/s/ Andrew D. Prins*
Andrew D. Prins (DC Bar No. 998490)
Stacey L. VanBelleghem (DC Bar No. 988144)
Jonathan L. Williams (DC Bar No. 999708)
Rachael L. Westmoreland* (DC Bar No. 90034032)
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
Tel: (202) 637-2200
Fax: (202) 637-2201
Email: andrew.prins@lw.com
      stacey.vanbelleghem@lw.com
      jonathan.williams@lw.com
      rachael.westmoreland@lw.com

Nicholas L. Schlossman (DC Bar No. 1029362)
LATHAM & WATKINS LLP
300 Colorado Street, Suite 2400
Austin, TX 78701
Tel: (737) 910-7300
Fax: (737) 910-7301
Email: nicholas.schlossman@lw.com

*\*Application for admission to the U.S. District Court for the District of Columbia pending*

*Attorneys for Proposed Defendant-Intervenor TotalEnergies EP Mozambique Area 1, Limitada*