UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRIENDS OF THE EARTH U.S. AND JUSTIÇA AMBIENTAL,<br><br>Plaintiffs,<br><br>v.<br><br>EXPORT-IMPORT BANK OF THE UNITED STATES *et al.*,<br><br>Defendants,<br><br>and<br><br>TOTALENERGIES EP MOZAMBIQUE AREA 1, LIMITADA,<br><br>Defendant-Intervenor. | Case No. 1:25-cv-02235-CJN |

## **[PROPOSED] Order**

Upon consideration of Defendant-Intervenor TotalEnergies EP Mozambique Area 1, Limitada's motion for partial summary judgment, it is hereby ORDERED that this motion is GRANTED and this case is DISMISSED for lack of standing.

IT IS SO ORDERED.

Dated:_____                    _____
                                          CARL J. NICHOLS
                                          UNITED STATES DISTRICT JUDGE