UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRIENDS OF THE EARTH U.S. AND JUSTIÇA AMBIENTAL,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>EXPORT-IMPORT BANK OF THE UNITED STATES *et al.*,<br><br>　　　　Defendants,<br><br>and<br><br>TOTALENERGIES EP MOZAMBIQUE AREA 1, LIMITADA,<br><br>　　　　Defendant-Intervenor. | Case No. 1:25-cv-02235-CJN |

### DEFENDANT-INTERVENOR TOTALENERGIES EP MOZAMBIQUE AREA 1, LIMITADA'S MOTION TO STAY THE ANSWER DEADLINE

Defendant-Intervenor TotalEnergies EP Mozambique Area 1, Limitada ("TEPMA1"), by and through counsel, hereby moves this Court to stay its obligation to respond to Plaintiffs' Complaint. Federal Defendants do not object to this request. Counsel for Plaintiffs represented that they do not oppose a stay of TEPMA1's answering deadline pending the disposition of the pending preliminary and dispositive motions, but take no position at this time and reserve the right to oppose a further extension of the answering deadline. In support of this motion, TEPMA1 states as follows:

1. On July 14, 2024, Plaintiffs Friends of the Earth US and Justiça Ambiental filed a 90-page, 400-paragraph Complaint against the Export-Import Bank of the United States and related defendants asserting violations of the Bank Act of 1945, 12 U.S.C. § 635 *et seq.*, the Administrative Procedure Act, and the National Environmental Policy Act. *See* Dkt. 1.

2. One week later, on July 21, 2025, Plaintiffs filed a motion for preliminary injunction and partial summary judgment. Dkt. 13.

3. TEPMA1 moved to intervene as a defendant on July 24, 2024, *see* Dkt. 19, which the Court granted on August 5, 2025, *see* Min. Order (Aug. 5, 2025).

4. In accordance with the Court's briefing schedule, *see* Min. Order (Aug. 5, 2025), TEPMA1 opposed Plaintiffs' motion for preliminary injunctive relief and cross moved for summary judgment on August 15, 2025, Dkt. 25-26.

5. TEPMA1's response to Plaintiffs' Complaint is presently due on September 15, 2025.

6. TEPMA1 now moves to stay the answer requirement pending a final judgment in this matter.

7. TEPMA1 has already moved for partial summary judgment and asserted that Plaintiffs lack Article III standing. *See* Dkt 26. And, should the Court reach the merits, a response to the Complaint's lengthy allegations—whether by answer or motion to dismiss—would not meaningfully advance the resolution of this dispute, which will be decided on the basis of the administrative record. *See* Min. Order, *Hight v. Dep't of Homeland Sec.*, Civ. A. No. 21-3277 (RJL) (D.D.C. Aug. 17, 2022) (with the consent of plaintiff: "It is further ORDERED that any requirement that defendants answer the Complaint is waived."); Min. Order, *SCAN Health Plan v. Dep't of Health & Human Servs.*, Civ. A. No. 23-3910 (CJN) (D.D.C. March 5, 2024) (same).

For the foregoing reasons, TEPMA1 respectfully requests that the Court to stay its obligation to respond to Plaintiffs' Complaint pending a final judgment in this matter.

Respectfully submitted,

Dated: September 10, 2025

/s/ Andrew D. Prins
Andrew D. Prins (DC Bar No. 998490)
Stacey L. VanBelleghem (DC Bar No. 988144)
Jonathan L. Williams (DC Bar No. 999708)
Rachael L. Westmoreland (DC Bar No. 90034032)
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
Tel: (202) 637-2200
Fax: (202) 637-2201
Email: andrew.prins@lw.com
       stacey.vanbelleghem@lw.com
       jonathan.williams@lw.com
       rachael.westmoreland@lw.com

Nicholas L. Schlossman (DC Bar No. 1029362)
LATHAM & WATKINS LLP
300 Colorado Street, Suite 2400
Austin, TX 78701
Tel:  (737) 910-7300
Fax:  (737) 910-7301
Email: nicholas.schlossman@lw.com

*Attorneys for Defendant-Intervenor TotalEnergies EP Mozambique Area 1, Limitada*