## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRIENDS OF THE EARTH U.S. AND JUSTIÇA AMBIENTAL,<br><br>  Plaintiffs,<br><br>  v.<br><br>EXPORT-IMPORT BANK OF THE UNITED STATES *et al.*,<br><br>  Defendants,<br><br>and<br><br>TOTALENERGIES EP MOZAMBIQUE AREA 1, LIMITADA,<br><br>  Defendant-Intervenor. | Case No. 1:25-cv-02235-CJN |

## **[PROPOSED] Order**

Upon consideration of Defendant-Intervenor TotalEnergies EP Mozambique Area 1, Limitada's Motion to Stay the Answer Deadline, it is hereby ORDERED that this motion is GRANTED and further ORDERED that Defendant-Intervenor TotalEnergies EP Mozambique Area 1, Limitada's obligation to respond to Plaintiffs' complaint is STAYED.

IT IS SO ORDERED.

Dated:_____                              _____
                                                    CARL J. NICHOLS
                                                    UNITED STATES DISTRICT JUDGE