UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRIENDS OF THE EARTH U.S., et al., <br><br> Plaintiffs, <br><br> v. <br><br> EXPORT-IMPORT BANK OF THE UNITED STATES, et al., <br><br> Defendants. | Civil Action No. 25-2235 (CJN) |

**PLAINTIFFS' MOTION TO EXTEND DEADLINES**

Pursuant to Federal Rule of Civil Procedure 6(b), Plaintiffs request an extension of their deadline to file their responses to Defendants' Motion for Leave to File Documents Under Seal (Dkt. 27) and Defendants' Motion to Dismiss the Complaint (Dkt. 44).

On September 15, 2025, Defendants filed a Motion to Dismiss the Complaint. (Dkt. 44). Plaintiffs' response is due on September 29, 2025. Good cause exists to stay or extend this deadline. Given that the Motion to Dismiss addresses many of the same standing issues Defendants raised in their Oppositions to Plaintiffs' Motion for Preliminary Injunction and Partial Summary Judgment (DE 25, 28), it would be most efficient to stay any response to the Motion to Dismiss until after the Court has decided the Motion for Preliminary Injunction.

If the Court finds it is not appropriate to stay this deadline while it decides that motion, Plaintiffs respectfully request an extension of their response until October 29, 2025. Between September 16 and September 29, counsel are preparing for the hearing on the preliminary injunction in this case, most have religious observances, and one is getting married. Over the following two weeks, counsel have an oral argument in the Eleventh Circuit, pre-planned work travel and further religious observances. The Government opposes a request for an extension

- 2 -

until after the Court rules on the preliminary injunction motion, but would consent to an extension to October 13.

On August 15, 2025, Defendants filed a Motion for Leave to File Documents Under Seal. (Dkt. 27). Plaintiffs' Response to Defendants' Motion for Leave to File Documents Under Seal was initially due on August 29, 2025. The Court granted Plaintiffs' unopposed motion to extend the deadline, and the Response is currently due on September 17, 2025. *See* Minute Order (Aug. 28, 2025). Plaintiffs were and are prepared to respond on that date. But in an attempt to narrow the issues or obviate the need for a response, Plaintiffs have been attempting to confer with Defendants since September 8, but did not receive a response until September 15. Plaintiffs thus have not complied with the Court's four-day requirement for extending deadlines. The parties conferred on September 16 and are still conferring on the scope of Defendants' Motion for Leave to File Documents Under Seal. Defendants have designated the documents they seek to seal as Protected Attorneys Eyes Only pursuant to a proposed protective order (Dkt. 29). Plaintiffs and Defendants are also attempting to finalize a stipulated protective order. Thus, Plaintiffs are seeking to confer on the designation of the documents, the Motion to Seal and the draft stipulated protective order, and to address the overlapping issues regarding protection of these documents at the same time. Good cause supports extending the deadline while the parties confer on these issues, and attempt to narrow the scope of the issues before the Court. Plaintiffs respectfully request that the Court stay Plaintiffs' response deadline until October 9. The Government consents to this extension.

Respectfully submitted,

Date: September 16, 2025

Respectfully submitted,

<u>*/s/ Lindsay Anne Bailey*</u>
Lindsay A. Bailey (D.C. Bar No. 1723447)
Richard L. Herz* (admitted pro hac vice)
Tamara A. Morgenthau (D.C. Bar No. 90032827)
Michelle C. Harrison (D.C. Bar No. 1026592)
Steven Herz (admitted pro hac vice)
EarthRights International
1400 K St. NW Suite 750
Washington, DC 20005
(202) 466 5188
lindsay@earthrights.org

*Attorneys for Plaintiffs*

\*      Based in CT; admitted in NY; does not practice in DC's courts