UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FRIENDS OF THE EARTH U.S., et al.,

    Plaintiffs,

  v.

EXPORT-IMPORT BANK OF THE UNITED STATES, et al.,

    Defendants.

Civil Action No. 25-2235 (CJN)

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs Friends of the Earth – United States and Justiça Ambiental's Motion to stay the deadline to file their Response to Defendants' Motion to Dismiss the Complaint and extend their deadline to file their Response to Defendants' Motion for Leave to File Documents Under Seal, it is hereby ORDERED that this motion is GRANTED. It is further ORDERED that Plaintiffs' obligation to respond to Defendants' Motion to Dismiss the Complaint is STAYED until further order of the Court. It is further ordered that Plaintiffs shall file their Response to Defendants' Motion for Leave to File Documents Under Seal by October 9, 2025.

 IT IS SO ORDERED

Washington, D.C.

Dated: _____                                      _____
                                                                                          Hon. Carl J. Nichols
                                                                                          United States District Judge