UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FRIENDS OF THE EARTH U.S., et al.,

        Plaintiffs,

    v.

EXPORT-IMPORT BANK OF THE
UNITED STATES, et al.,

        Defendants.

Civil Action No. 25-2235 (CJN)

## PLAINTIFFS' MOTION TO EXTEND DEADLINES

Pursuant to Federal Rule of Civil Procedure 6(b), Plaintiffs request a stay or an extension of their deadline to amend their complaint as a matter of course. Defendants and Defendant-Intervenor oppose this request.

On September 15, 2025, Defendants filed a Motion to Dismiss the Complaint. (Dkt. 44). Plaintiffs' deadline to amend their complaint as a matter of course pursuant to Federal Rule of Civil Procedure 15(a)(1)(B) is October 6, 2025. On September 17, 2025, the Court stayed the Plaintiffs' obligation to respond to Defendants' Motion to Dismiss the Complaint pending further order of the Court. As Plaintiffs will either file their opposition to Defendants' Motion to Dismiss or file an amended complaint, Plaintiffs seek the same stay for their deadline to amend their complaint as of right. Plaintiffs also believe that it would be most efficient to stay this deadline pending the disposition of Plaintiffs' motion for preliminary injunction which is currently under advisement.

If the Court finds it is not appropriate to stay this deadline while it decides the pending motions, Plaintiffs respectfully request an extension of their response until October 29, 2025. As the Court is aware, counsel were busy preparing for their hearing on the preliminary injunction,

which was heard on September 25, 2025. Between now and October 13th, most of the counsel

team have religious observances and pre-planned work and personal travel. In addition, counsel

have an oral argument in the Eleventh Circuit on October 8th.

Date: September 29, 2025                    Respectfully submitted

                                           /s/ Lindsay A. Bailey
                                           Lindsay A. Bailey (D.C. Bar No. 1723447)
                                           Richard L. Herz (*admitted pro hac vice*)
                                           Tamara A. Morgenthau (D.C. Bar No. 90032827)
                                           Lindsay A. Bailey (D.C. Bar No. 1723447)
                                           Michelle C. Harrison (D.C. Bar No. 1026592)
                                           EarthRights International
                                           1400 K St. NW Suite 750
                                           Washington, DC 20005
                                           (202) 466 5188
                                           lindsay.bailey@earthrights.org

                                           Steven B. Herz (*admitted pro hac vice*)
                                           The Law Office of Steven Herz
                                           1954 Mountain Blvd
                                           Oakland CA 94661
                                           *Counsel for Plaintiffs*