UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRIENDS OF THE EARTH U.S., et al., <br><br> Plaintiffs, <br><br> v. <br><br> EXPORT-IMPORT BANK OF THE UNITED STATES, et al., <br><br> Defendants. | Civil Action No. 25-2235 (CJN) |

## PLAINTIFFS' STATUS REPORT

Plaintiffs provide this status report in response to the Court's direction at the September 25, 2025 hearing for the parties to advise the Court of relevant changes, including regarding the status of force majeure. On Friday, September 26, 2025, the energy news site Upstream reported that Total plans to lift force majeure this week, indicating that "all signs at present point[] towards 2 October." Iain Esau, *'It's Happening': Mozambique LNG Force Majeure Set to be Lifted Within Days,* Upstream (September 26, 2025), attached at Exhibit A.

On Monday, September 29, 2025 TotalEnergies CEO told investors that "everything is ready, in fact we are remobilizing on the ground," and that the "last piece of the decision to officially lift the force majeure," is for the government to approve updated plans, which is currently being done and "we'll move I think very quickly." Francois de Beaupuy, *TotalEnergies CEO Says Mozambique LNG Project 'Ready' to Restart*, Bloomberg (Sept. 29, 2025), attached at Exhibit B; TotalEnergies, Investor Day 2025 Strategy & Outlook (Sept. 29, 2025), https://voda.akamaized.net/total/2147214_68c169fa44ecc/ (relevant portion starts around 30:40).

Plaintiffs reached out to opposing counsel. Counsel for Defendant-Intervenor declined to provide additional information on the timeline for lifting force majeure.

Dated: September 30, 2025                    Respectfully submitted

  /s/ Tamara Morgenthau
Tamara A. Morgenthau (D.C. Bar No. 90032827)
Richard L. Herz (*admitted pro hac vice*)
Lindsay A. Bailey (D.C. Bar No. 1723447)
Michelle C. Harrison (D.C. Bar No. 1026592)
EarthRights International
1400 K St. NW Suite 750
Washington, DC 20005
(202) 466 5188
tamara@earthrights.org

Steven B. Herz (*admitted pro hac vice*)
The Law Office of Steven Herz
1954 Mountain Blvd
Oakland CA 94661
*Counsel for Plaintiffs*