# EXHIBIT A

**upstream**

Exclusive

# 'It's happening': Mozambique LNG force majeure set to be lifted within days

Sources tell Upstream that Maputo government is pulling together plans to make announcement next week


Patrick Pouyanne, chief executive of TotalEnergies.   (Photo: AFP/SCANPIX)

**Iain Esau**
Africa Correspondent | London

Updated 57 minutes ago

Force majeure on TotalEnergies' $20 billion Mozambique LNG project is expected to be lifted next week, according to well-placed sources.

The market has been awash with talk in recent months about when exactly work would officially restart this year on the 13-million tonnes per annum project.

In July, the French supermajor's chief executive Patrick Pouyanne said force majeure could be lifted this summer, while TotalEnergies' country manager Maxime Rabilloud told local media two weeks ago: "We are preparing to lift force majeure; we are working hard to restart the project."

Engineering is 90% complete, gas turbines are under construction overseas, while completed components "should begin arriving shortly after the force majeure is lifted," he was cited as saying by state news agency AIM.



Related

Restart of $20 billion Mozambique LNG project may be at least two months away

NEWS

Upstream now understands that clarity has emerged on a specific day when force majeure "should be lifted," with all signs at present pointing towards 2 October.

"It's happening," said one well-placed source with knowledge of the plans, adding that force majeure looks set to be lifted on Thursday next week.

Another source familiar with Mozambique LNG confirmed that such an event is due to happen.

Article continues below the advert

Assuming the event does take place, this would confirm what a third source told Upstream in July about TotalEnergies planning to lift force majeure in the fourth quarter, citing October as likely.

Upstream was told that oil company, contractor and business representatives are waiting for final confirmation on when the government of President Daniel Chapo will announce the news so that they can make their way to Mozambique to attend what will be a landmark event.

It is understood that Pouyanne is set to attend, along with representatives of ExxonMobil — whose Rovuma LNG project will be built at the same Afungi site in Cabo Delgado province — and Eni, a Rovuma partner and developer of two floating LNG projects in the country.

Representatives from contractors involved in Mozambique LNG and Rovuma LNG — including Saipem, Technip Energies, JGC and TechnipFMC — should also be in attendance.



Related

**US Exim Bank sued by non-profits over huge Mozambique LNG loan**

NEWS

Mozambique LNG was placed under force majeure in early 2021 after Islamist insurgents attacked Palma town and other places close to Afungi where construction of liquefaction facilities had just started.

After force majeure is lifted, contracting groups awarded major contracts at least five years ago, will begin restart work.

However, there have been thousands of workers, many local, on site for at least one year, preparing the ground for official work to resume.

Saipem is the prime engineering procurement and construction contractor for the two liquefaction trains, with McDermott and Chiyoda now playing lesser roles after their financial issues over recent years.

TotalEnergies has been approached for comment.

(Copyright)

**Download the Upstream News app**

Read high quality news and insight on the oil and gas business on-the-go

Download Now

**Related**



**Eni FLNG project gathers pace as module bid process starts**

NEWS



**Rivals court Chinese yards in battle for ExxonMobil's Rovuma LNG prize**

NEWS