# EXHIBIT B

# TotalEnergies CEO Says Mozambique LNG Project 'Ready' to Restart

**Published: Mon Sep 29 10:36:18 EDT 2025**

By Francois de Beaupuy

(Bloomberg) --

TotalEnergies SE and its partners are poised to restart construction of a giant liquefied natural gas project in northern Mozambique as the security situation in the region has improved, the chief executive of the French energy company said.

Mozambique LNG, previously estimated to cost $20 billion, is seen as crucial to the future development of the southern African nation, which ranks among the world's poorest. The project was halted and placed under force majeure four years ago due to Islamic State-linked militant attacks in the area.

"Everything is ready, in fact we are remobilizing on the ground," TotalEnergies CEO Patrick Pouyanne told investors Monday in New York. He said the project's owners and the Mozambique government still need to approve an updated development plan and budget to account for the impact of the force majeure, which remains in place.

"That is currently being assessed and we'll move I think very quickly," Pouyanne said, adding that Mozambique LNG operations should start in 2029.

To contact the reporter on this story:
Francois de Beaupuy in Paris at fdebeaupuy@bloomberg.net

To contact the editors responsible for this story:
Alaric Nightingale at anightingal1@bloomberg.net
Kai Schultz

Bloomberg Law®

© 2025 Bloomberg Industry Group, Inc. All Rights Reserved. Terms of Service
// PAGE 1