UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRIENDS OF THE EARTH U.S. AND JUSTIÇA AMBIENTAL,<br><br>Plaintiffs,<br><br>v.<br><br>EXPORT-IMPORT BANK OF THE UNITED STATES *et al.*,<br><br>Defendants,<br><br>and<br><br>TOTALENERGIES EP MOZAMBIQUE AREA 1, LIMITADA,<br><br>Defendant-Intervenor. | Case No. 1:25-cv-02235-CJN |

**DEFENDANT-INTERVENOR'S RESPONSE TO PLAINTIFFS' STATUS REPORT**

Contrary to assertions in the media report that Plaintiffs cite, force majeure will not be lifted this week. As TotalEnergies' CEO stated publicly on Monday, the timing of force majeure lifting depends on various conditions, including approval from the Government of Mozambique. Undersigned counsel identified this statement to Plaintiffs' counsel before they filed their Status Report and also confirmed that Defendant-Intervenor will promptly notify the Court of the lifting of force majeure, as the Court has instructed.

Respectfully submitted,

Dated: October 1, 2025

/s/ *Andrew D. Prins*
Andrew D. Prins (DC Bar No. 998490)
Stacey L. VanBelleghem (DC Bar No. 988144)
Jonathan L. Williams (DC Bar No. 999708)
Rachael L. Westmoreland (DC Bar No. 90034032)
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
Tel: (202) 637-2200
Fax: (202) 637-2201
Email: andrew.prins@lw.com
      stacey.vanbelleghem@lw.com
      jonathan.williams@lw.com
      rachael.westmoreland@lw.com

Nicholas L. Schlossman (DC Bar No. 1029362)
LATHAM & WATKINS LLP
300 Colorado Street, Suite 2400
Austin, TX 78701
Tel: (737) 910-7300
Fax: (737) 910-7301
Email: nicholas.schlossman@lw.com

*Attorneys for Defendant-Intervenor TotalEnergies EP Mozambique Area 1, Limitada*