# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRIENDS OF THE EARTH US, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> EXPORT-IMPORT BANK OF THE UNITED STATES, *et al.*, <br><br> *Defendants*, <br><br> & <br><br> TOTALENERGIES EP MOZAMBIQUE AREA 1, LIMITADA, <br><br> *Defendant-Intervenor*. | Civil Action No. 1:25-cv-02235 (CJN) |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, which has been lodged under seal, it is hereby

**ORDERED** that Plaintiffs' Motion for a Preliminary Injunction, ECF 13, is **DENIED**; and it is further

**ORDERED** that the Parties shall meet and confer regarding whether any portions of the Memorandum Opinion must be redacted before an unsealed version is entered on the public docket, as well as to formulate a schedule for the resumption of briefing on pending and future motions; and it is further

**ORDERED** that the Parties shall submit a Joint Proposed Scheduling Order and a proposed redacted Memorandum Opinion, if necessary, on or before October 21, 2025.  If the government

is unable to meet this deadline due to the ongoing government shutdown, Plaintiffs and Total shall inform the Court of that fact and the deadline will be extended accordingly.

DATE: October 10, 2025

                                                                    CARL J. NICHOLS
                                                                    United States District Judge