# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FRIENDS OF THE EARTH U.S.,** et. al, *Plaintiffs*, v. **EXPORT-IMPORT BANK OF THE UNITED STATES,** et. al., *Defendants*. | Civil Action No. 1:25-cv-02235-CJN |

## STATUS REPORT

In accordance with the Court's October 10, 2025 Order, Plaintiffs and Defendant-Intervenor hereby submit this status report. As the Court recognized may be likely, the parties were unable to confer on the issues raised in the Court's October 10, 2025 Order due to the lapse in appropriations. Counsel for Government Defendants indicated they are furloughed except to conduct affirmative civil enforcement work, and are unable to confer on this matter. Plaintiffs and Defendant-Intervenor propose that the Court require a further status report to be filed within 7 days of appropriations being restored to the Department of Justice.

Date: October 21, 2025

1

<u>/s/ Lindsay Anne Bailey</u>
Lindsay A. Bailey (D.C. Bar No. 1723447)
Richard L. Herz* (admitted pro hac vice)
Tamara A. Morgenthau (D.C. Bar No. 90032827)
Michelle C. Harrison (D.C. Bar No. 1026592)
EarthRights International
1400 K St. NW Suite 750
Washington, DC 20005
(202) 466 5188
lindsay.bailey@earthrights.org

*Attorneys for Plaintiffs*

\*           Based in CT; admitted in NY; does not practice in DC's courts

<u>/s/ Andrew D. Prins</u>
Andrew D. Prins (DC Bar No. 998490)
Stacey L. VanBelleghem (DC Bar No. 988144)
Jonathan L. Williams (DC Bar No. 999708)
Rachael L. Westmoreland (DC Bar No. 90034032)
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
Tel: (202) 637-2200
Fax: (202) 637-2201
Email:    andrew.prins@lw.com
stacey.vanbelleghem@lw.com
jonathan.williams@lw.com
rachael.westmoreland@lw.com

Nicholas L. Schlossman (DC Bar No. 1029362)
LATHAM & WATKINS LLP
300 Colorado Street, Suite 2400
Austin, TX 78701
Tel:  (737) 910-7300
Fax:  (737) 910-7301
Email:    nicholas.schlossman@lw.com

*Attorneys for Defendant-Intervenor TotalEnergies EP Mozambique Area 1, Limitada*