UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FRIENDS OF THE EARTH U.S., et al.,**<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>**EXPORT-IMPORT BANK OF THE UNITED STATES, et al.,**<br><br>　　　　Defendants. | Civil Action No. 1:25-2235 (CJN) |

### PLAINTIFFS' NOTICE OF APPEAL

Notice is hereby given this 29th day of October, 2025, that Plaintiffs Friends of the Earth U.S. and Justiça Ambiental hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the order of this Court entered on the 10th day of October 2025, in favor of Defendant Export-Import Bank of the United States and against said Plaintiffs, denying Plaintiffs' motion for a preliminary injunction.

As an appeal of the denial of a motion for a preliminary injunction, this is a case invoking 28 U.S.C. § 1657. Accordingly, Plaintiffs respectfully note that "the clerk of the district court must transmit a copy of the notice of appeal and a certified copy of the docket entries to the clerk of this court forthwith." Circuit Rule 47.2(a).

Date: October 29, 2025　　　　　　　　　　*/s/ Richard L. Herz*
　　　　　　　　　　　　　　　　　　　　Richard L. Herz[1] (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　　　Tamara A. Morgenthau (D.C. Bar No. 90032827)
　　　　　　　　　　　　　　　　　　　　Lindsay A. Bailey (D.C. Bar No. 1723447)
　　　　　　　　　　　　　　　　　　　　Michelle C. Harrison (D.C. Bar No. 1026592)

---

[1] Based in CT; admitted in NY; does not practice in DC's courts

- 2 -

EarthRights International
1400 K St. NW Suite 750
Washington, DC 20005
(202) 466 5188
rick@earthrights.org