APPEAL,TYPE–D

# U.S. District Court
## District of Columbia (Washington, DC)
## CIVIL DOCKET FOR CASE #: 1:25−cv−02235−CJN

FRIENDS OF THE EARTH US et al v. EXPORT−IMPORT BANK OF THE UNITED STATES et al
Assigned to: Judge Carl J. Nichols
Cause: 05:551 Administrative Procedure Act

Date Filed: 07/14/2025
Jury Demand: None
Nature of Suit: 899 Administrative Procedure Act/Review or Appeal of Agency Decision
Jurisdiction: U.S. Government Defendant

**Plaintiff**

**FRIENDS OF THE EARTH US**          represented by   **Steven Herz**
LAW OFFICE OF STEVEN HERZ
1954 Mountain Blvd
Oakland, CA 94661
510−282−4792
Email: steve.herz@sbcglobal.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lindsay Anne Bailey**
EARTHRIGHTS INTERNATIONAL
1400 K ST NW
Suite 750
Washington, DC 20005
857−253−8319
Email: lindsay.bailey@earthrights.org
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Richard Lawrence Herz**
EARTHRIGHTS INTERNATIONAL
1612 K Street, NW
Suite 800
Washington, DC 20006
202−466−5188
Fax: 202−466−5189
Email: rick@earthrights.org
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Tamara Morgenthau**
EARTHRIGHTS INTERNATIONAL
1400 K ST NW
Suite 750
Washington, DC 20005
202−466−5188
Email: tamara.morgenthau@earthrights.org

|   |   |   |
|---|---|---|
|   |   | *PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Michelle C. Harrison**<br>EARTHRIGHTS INTERNATIONAL<br>1612 K Street NW<br>Suite 800<br>Washington, DC 20006<br>202–466–5188<br>Email: michelle@earthrights.org<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** |   |   |
| **JUSTICA AMBIENTAL** | represented by | **Steven Herz**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Lindsay Anne Bailey**<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Richard Lawrence Herz**<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Tamara Morgenthau**<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Michelle C. Harrison**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

V.

**Defendant**

|   |   |   |
|---|---|---|
| **EXPORT–IMPORT BANK OF THE UNITED STATES** | represented by | **Sean Michael Tepe**<br>U.S. DEPARTMENT OF JUSTICE<br>555 Fourth Street, NW<br>Washington, DC 20530<br>(202) 252–2533<br>Fax: (202) 252–2599<br>Email: sean.tepe@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Lawrence Kaleb Pittman** |

|  |  |
|---|---|
|  | DEPARTMENT OF JUSTICE<br>Environment and Natural Resources Division<br>Natural Resources Section<br>P.O. Box 7611<br>Washington, DC 20044<br>202–305–0420<br>Email: lawrence.pittman@usdoj.gov<br>*ATTORNEY TO BE NOTICED* |
|  | **Sam Escher**<br>DOJ–USAO<br>Civil Division<br>601 D Street NW<br># 7.1527<br>Washington, DC 20530<br>(202) 252–2531<br>Email: sam.escher@usdoj.gov<br>*ATTORNEY TO BE NOTICED* |
| **Defendant** | |
| **JAMES CRUSE**<br>*ACTING PRESIDENT AND CHAIRMAN* | represented by **Sean Michael Tepe**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Lawrence Kaleb Pittman**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Sam Escher**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| **Defendant** | |
| **JAMES BURROWS**<br>*ACTING FIRST VICE PRESIDENT AND VICE CHAIRMAN* | represented by **Sean Michael Tepe**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Lawrence Kaleb Pittman**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Sam Escher**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| **Defendant** | |
| **SPENCER BACHUS, III**<br>*BOARD MEMBER* | represented by **Sean Michael Tepe**<br>(See above for address) |

|  |  |
|---|---|
|  | *LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Lawrence Kaleb Pittman**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Sam Escher**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Movant**

| | | |
|---|---|---|
| **TOTALENERGIES EP**<br>**MOZAMBIQUE AREA 1, LIMITADA** | represented by | **Andrew D. Prins**<br>LATHAM & WATKINS LLP<br>555 Eleventh Street, NW<br>Suite 1000<br>Washington, DC 20004–1304<br>202–637–2200<br>Fax: 202–637–2201<br>Email: andrew.prins@lw.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jonathan Lentine Williams**<br>LATHAM & WATKINS LLP<br>555 Eleventh Street, NW<br>Suite 1000<br>Washington, DC 20004–1304<br>202–637–3378<br>Email: jonathan.williams@lw.com<br>*ATTORNEY TO BE NOTICED*<br><br>**Nicholas L Schlossman**<br>LATHAM & WATKINS<br>300 Colorado Street<br>Suite 2400<br>Austin, TX 78701<br>737–910–7300<br>Fax: 737–910–7301<br>Email: nicholas.schlossman@lw.com<br>*ATTORNEY TO BE NOTICED*<br><br>**Rachael Lynn Westmoreland**<br>LATHAM & WATKINS LLP<br>555 11th Street NW<br>Suite 1000<br>Washington, DC 20004<br>202–637–2200<br>Fax: 202–637–2201<br>Email: rachael.westmoreland@lw.com<br>*ATTORNEY TO BE NOTICED* |

**Stacey Lynn VanBelleghem**
LATHAM & WATKINS LLP
555 11th Street, NW
Suite 1000
Washington, DC 20004–1304
(202) 637–2200
Email: stacey.vanbelleghem@lw.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/14/2025 | 1 | COMPLAINT against All Defendants ( Filing fee $ 405 receipt number ADCDC–11817355) filed by FRIENDS OF THE EARTH US, JUSTIA AMBIENTAL. (Attachments: # 1 Civil Cover Sheet, # 2 Summons, # 3 Summons, # 4 Summons, # 5 Summons)(Harrison, Michelle) (Entered: 07/14/2025) |
| 07/14/2025 | 2 | LCvR 26.1 CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests by FRIENDS OF THE EARTH US, JUSTIA AMBIENTAL (Harrison, Michelle) (Entered: 07/14/2025) |
| 07/14/2025 | 3 | SEALED DOCUMENT filed by JUSTIA AMBIENTAL(This document is SEALED and only available to authorized persons.)(Harrison, Michelle) (Entered: 07/14/2025) |
| 07/14/2025 | 4 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Lindsay Bailey, Filing fee $ 100, receipt number ADCDC–11817387. Fee Status: Fee Paid. by FRIENDS OF THE EARTH US, JUSTIA AMBIENTAL. (Attachments: # 1 Declaration, # 2 Exhibit)(Harrison, Michelle) (Attachment 1 replaced on 7/15/2025) (zmtm). (Entered: 07/14/2025) |
| 07/14/2025 | 5 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Richard Herz, Filing fee $ 100, receipt number ADCDC–11817420. Fee Status: Fee Paid. by FRIENDS OF THE EARTH US, JUSTIA AMBIENTAL. (Attachments: # 1 Declaration, # 2 Exhibit)(Harrison, Michelle) (Entered: 07/14/2025) |
| 07/15/2025 |  | Case Assigned to Judge Carl J. Nichols. (zmtm) (Entered: 07/15/2025) |
| 07/15/2025 | 6 | SUMMONS (4) Issued Electronically as to All Defendants. (Attachments: # 1 Notice and Consent)(zmtm) (Entered: 07/15/2025) |
| 07/15/2025 | 7 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Tamara Morgenthau, Filing fee $ 100, receipt number ADCDC–11820143. Fee Status: Fee Paid. by JUSTICA AMBIENTAL, FRIENDS OF THE EARTH US. (Attachments: # 1 Declaration, # 2 Exhibit)(Harrison, Michelle) (Entered: 07/15/2025) |
| 07/17/2025 | 8 | STANDING ORDER. Signed by Judge Carl J. Nichols on July 17, 2025. (lccjn2) (Entered: 07/17/2025) |
| 07/17/2025 |  | MINUTE ORDER. The Court having considered the 4 5 and 7 Motions for Leave to Appear Pro Hac Vice, and it appearing to the Court that the attorneys referenced therein meet the requirements for pro hac vice admission under Local Civil Rule 83.2(c), it is hereby ORDERED that the Motion is GRANTED. It is further ORDERED that the attorneys referenced in the motions are hereby ADMITTED to practice before the Court pro hac vice. **Counsel should register for e–filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a)** Click for instructions. So ORDERED by Judge Carl J. Nichols on July 17, 2025. (lccjn2) (Entered: 07/17/2025) |

| | | |
|---|---|---|
| 07/17/2025 | 9 | NOTICE of Appearance by Lindsay Anne Bailey on behalf of JUSTICA AMBIENTAL, FRIENDS OF THE EARTH US (Bailey, Lindsay) (Entered: 07/17/2025) |
| 07/18/2025 | 10 | NOTICE of Appearance by Tamara Morgenthau on behalf of All Plaintiffs (Morgenthau, Tamara) (Main Document 10 replaced on 7/18/2025) (zdp). (Entered: 07/18/2025) |
| 07/21/2025 | 11 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. SPENCER BACHUS, III served on 7/17/2025; JAMES BURROWS served on 7/17/2025; JAMES CRUSE served on 7/17/2025; EXPORT–IMPORT BANK OF THE UNITED STATES served on 7/17/2025 (Attachments: # 1 Exhibit)(Bailey, Lindsay) (Entered: 07/21/2025) |
| 07/21/2025 | 12 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed as to the United States Attorney. Date of Service Upon United States Attorney on 7/15/2025. Answer due for ALL FEDERAL DEFENDANTS by 9/13/2025. (Attachments: # 1 Exhibit)(Harrison, Michelle) (Entered: 07/21/2025) |
| 07/21/2025 | 13 | MOTION for Preliminary Injunction , MOTION for Partial Summary Judgment by JUSTICA AMBIENTAL, FRIENDS OF THE EARTH US. (Attachments: # 1 Memorandum in Support, # 2 Statement of Facts, # 3 Declaration, # 4 Exhibit, # 5 Exhibit, # 6 Declaration, # 7 Exhibit, # 8 Exhibit, # 9 Exhibit, # 10 Exhibit, # 11 Exhibit, # 12 Exhibit, # 13 Exhibit, # 14 Exhibit, # 15 Exhibit, # 16 Declaration, # 17 Text of Proposed Order)(Harrison, Michelle) (Entered: 07/21/2025) |
| 07/21/2025 | 14 | SEALED MOTION to Proceed Under Pseudonym filed by JUSTICA AMBIENTAL, FRIENDS OF THE EARTH US, SEALED MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL filed by JUSTICA AMBIENTAL, FRIENDS OF THE EARTH US (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Memorandum in Support, # 2 Declaration, # 3 Declaration, # 4 Declaration, # 5 Exhibit, # 6 Exhibit, # 7 Text of Proposed Order, # 8 Certificate of Service)(Bailey, Lindsay) (Entered: 07/21/2025) |
| 07/22/2025 | | MINUTE ORDER. In light of Plaintiffs' 13 Motion for Preliminary Injunction and for Partial Summary Judgment, it is ORDERED that on or before July 25, 2025, the Parties shall meet, confer, and file a Joint Status Report addressing the following issues: (1) a proposed briefing schedule for Plaintiffs' Motion; (2) a statement addressing whether a hearing on Plaintiffs' Motion is necessary, and if so, a proposed date and time for such a hearing; and (3) a statement addressing whether the Parties anticipate factual disputes between affiants. The Parties may also address any other issues that they believe will be helpful to the Court. Any disagreements should be noted in the Joint Status Report. It is further ORDERED that Plaintiff shall provide a copy of this Minute Order to Defendants. So ORDERED by Judge Carl J. Nichols on July 22, 2025. (lccjn2) (Entered: 07/22/2025) |
| 07/24/2025 | 15 | NOTICE of Appearance by Andrew D. Prins on behalf of TotalEnergies EP Mozambique Area 1, Limitada (Prins, Andrew) (Entered: 07/24/2025) |
| 07/24/2025 | 16 | NOTICE of Appearance by Stacey Lynn VanBelleghem on behalf of TotalEnergies EP Mozambique Area 1, Limitada (VanBelleghem, Stacey) (Entered: 07/24/2025) |
| 07/24/2025 | 17 | NOTICE of Appearance by Nicholas L Schlossman on behalf of TotalEnergies EP Mozambique Area 1, Limitada (Schlossman, Nicholas) (Entered: 07/24/2025) |

| | | |
|---|---|---|
| 07/24/2025 | 18 | NOTICE of Appearance by Jonathan Lentine Williams on behalf of TotalEnergies EP Mozambique Area 1, Limitada (Williams, Jonathan) (Entered: 07/24/2025) |
| 07/24/2025 | 19 | MOTION to Intervene *as Defendant* by TotalEnergies EP Mozambique Area 1, Limitada. (Attachments: # 1 Memorandum in Support, # 2 Text of Proposed Order, # 3 Exhibit Corporate Disclosure Statement)(Prins, Andrew) (Entered: 07/24/2025) |
| 07/25/2025 | 20 | Joint STATUS REPORT by JUSTICA AMBIENTAL, FRIENDS OF THE EARTH US. (Bailey, Lindsay) (Entered: 07/25/2025) |
| 07/25/2025 | 21 | NOTICE of Appearance by Sean Michael Tepe on behalf of All Defendants (Tepe, Sean) (Entered: 07/25/2025) |
| 07/28/2025 | 22 | NOTICE of Appearance by Sam Escher on behalf of All Defendants (Escher, Sam) (Entered: 07/28/2025) |
| 07/29/2025 | 23 | NOTICE of Appearance by Richard Lawrence Herz on behalf of JUSTICA AMBIENTAL, FRIENDS OF THE EARTH US (Herz, Richard) (Main Document 23 replaced on 7/31/2025) (ztnr). (Entered: 07/29/2025) |
| 08/05/2025 | | MINUTE ORDER. Upon review of the 19 Motion to Intervene by TotalEnergies EP Mozambique Area 1, Limitada, and because the Court concludes that intervention is appropriate under Rule 24(a)(2) or, alternatively, under Rule 24(b)(1)(B), it is ORDERED that the Motion is GRANTED. So ORDERED by Judge Carl J. Nichols on August 5, 2025. (lccjn2) (Entered: 08/05/2025) |
| 08/05/2025 | | MINUTE ORDER. The Court hereby ORDERS the Parties to appear for a hearing on the 13 Motion for Preliminary Injunction on September 18, 2025, at 10:00 AM. It is further ORDERED that Defendant and Defendant–Intervenor file their responses to the Motion on or before August 15, 2025, and that Plaintiffs file their reply in support of the Motion on or before September 3, 2025. So ORDERED by Judge Carl J. Nichols on August 5, 2025. (lccjn2) (Entered: 08/05/2025) |
| 08/06/2025 | | Order resetting Motion Hearing for 9/25/2025 at 10:00 AM in person in Courtroom 17. So ORDERED by Judge Carl J. Nichols. (lccjn2) (Entered: 08/06/2025) |
| 08/15/2025 | 24 | SEALED MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL filed by TOTALENERGIES EP MOZAMBIQUE AREA 1, LIMITADA (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Exhibit A, # 2 Text of Proposed Order)(Prins, Andrew) (Entered: 08/15/2025) |
| 08/15/2025 | 25 | RESPONSE re 13 MOTION for Preliminary Injunction MOTION for Partial Summary Judgment filed by TOTALENERGIES EP MOZAMBIQUE AREA 1, LIMITADA. (Attachments: # 1 Declaration, # 2 Text of Proposed Order)(Prins, Andrew) (Entered: 08/15/2025) |
| 08/15/2025 | 26 | Cross MOTION for Partial Summary Judgment by TOTALENERGIES EP MOZAMBIQUE AREA 1, LIMITADA. (Attachments: # 1 Text of Proposed Order)(Prins, Andrew) (Entered: 08/15/2025) |
| 08/15/2025 | 27 | SEALED MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL filed by SPENCER BACHUS, III, JAMES BURROWS, JAMES CRUSE, EXPORT–IMPORT BANK OF THE UNITED STATES (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Proposed SEALED Exhibits, # 2 Text of Proposed Order)(Escher, Sam) (Entered: 08/15/2025) |

| | | |
|---|---|---|
| 08/15/2025 | 28 | Memorandum in opposition to re 13 MOTION for Preliminary Injunction MOTION for Partial Summary Judgment filed by SPENCER BACHUS, III, JAMES BURROWS, JAMES CRUSE, EXPORT−IMPORT BANK OF THE UNITED STATES. (Attachments: # 1 Declaration of Paula Swain, # 2 Text of Proposed Order)(Tepe, Sean) (Entered: 08/15/2025) |
| 08/15/2025 | 29 | MOTION for Protective Order by SPENCER BACHUS, III, JAMES BURROWS, JAMES CRUSE, EXPORT−IMPORT BANK OF THE UNITED STATES. (Attachments: # 1 Proposed Protective Order)(Escher, Sam) (Entered: 08/15/2025) |
| 08/15/2025 | 30 | MOTION to Stay *a Response to Plaintiffs' Motion for Partial Summary Judgment* by SPENCER BACHUS, III, JAMES BURROWS, JAMES CRUSE, EXPORT−IMPORT BANK OF THE UNITED STATES. (Attachments: # 1 Text of Proposed Order)(Escher, Sam) (Entered: 08/15/2025) |
| 08/17/2025 | 31 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name− Steven Herz, Filing fee $ 100, receipt number ADCDC−11893069. Fee Status: Fee Paid. by JUSTICA AMBIENTAL, FRIENDS OF THE EARTH US. (Attachments: # 1 Declaration, # 2 Exhibit)(Harrison, Michelle) (Entered: 08/17/2025) |
| 08/18/2025 | 32 | NOTICE of Appearance by Wyatt Rawson Gjullin on behalf of JUSTICA AMBIENTAL, FRIENDS OF THE EARTH US (Gjullin, Wyatt) (Main Document 32 replaced on 8/19/2025) (znmw). (Entered: 08/18/2025) |
| 08/22/2025 | 33 | NOTICE of Appearance by Lawrence Kaleb Pittman on behalf of All Defendants (Pittman, Lawrence) (Entered: 08/22/2025) |
| 08/25/2025 | | MINUTE ORDER. The Court having considered the 31 Motion for Leave to Appear Pro Hac Vice, and it appearing to the Court that the attorney referenced therein meets the requirements for pro hac vice admission under Local Civil Rule 83.2(c), it is hereby ORDERED that the Motion is GRANTED. It is further ORDERED that the attorney referenced in the Motion is hereby ADMITTED to practice before the Court pro hac vice. **Counsel should register for e−filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a)** Click for instructions. So ORDERED by Judge Carl J. Nichols on 08/25/2025. (lccjn2) (Entered: 08/25/2025) |
| 08/26/2025 | 34 | Unopposed MOTION for Extension of Time to File Response/Reply , Unopposed MOTION CONSOLIDATE BRIEFING AND EXTEND DEADLINES by JUSTICA AMBIENTAL, FRIENDS OF THE EARTH US. (Attachments: # 1 Text of Proposed Order)(Bailey, Lindsay) (Entered: 08/26/2025) |
| 08/28/2025 | | MINUTE ORDER. The 34 Unopposed Motion to Consolidate Briefing and Extend Deadlines is GRANTED. It is hereby ORDERED that Plaintiffs shall (1) file a consolidated 50−page reply to Defendants' and Defendant−Intervenor's 25 and 28 Responses to their 13 Motion for Preliminary Injunction and Partial Summary Judgment; (2) file their responses to Defendant−Intervenor's 26 Cross−Motion for Summary Judgment and Defendants' 30 Motion to Stay a Response to Plaintiffs' 13 Motion for Partial Summary Judgment on or before September 3, 2025; and (3) file their response to Defendants' 27 Motion for Leave to File Documents Under Seal on or before September 17, 2025. So ORDERED by Judge Carl J. Nichols on 08/28/2025. (lccjn2) (Entered: 08/28/2025) |
| 08/28/2025 | | Set/Reset Deadlines: Responses due by 9/3/2025. Replies due by 9/17/2025. (zcam) (Entered: 08/29/2025) |

| 09/03/2025 | 35 | RESPONSE re 26 Cross MOTION for Partial Summary Judgment filed by JUSTICA AMBIENTAL, FRIENDS OF THE EARTH US. (Herz, Richard) (Entered: 09/03/2025) |
|---|---|---|
| 09/03/2025 | 36 | RESPONSE re 30 MOTION to Stay *a Response to Plaintiffs' Motion for Partial Summary Judgment* filed by JUSTICA AMBIENTAL, FRIENDS OF THE EARTH US. (Herz, Richard) (Entered: 09/03/2025) |
| 09/03/2025 | 37 | SEALED MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL filed by JUSTICA AMBIENTAL, FRIENDS OF THE EARTH US (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Exhibit unredacted brief, # 2 Exhibit unredacted JA declaration, # 3 Exhibit JA declaration with redactions highlighted, # 4 Exhibit brief with redactions highlighted)(Herz, Richard) (Entered: 09/03/2025) |
| 09/03/2025 | 38 | REPLY to opposition to motion re 13 Motion for Preliminary Injunction,, Motion for Partial Summary Judgment, filed by JUSTICA AMBIENTAL, FRIENDS OF THE EARTH US. (Attachments: # 1 Declaration)(Herz, Richard) (Entered: 09/03/2025) |
| 09/10/2025 | 39 | REPLY to opposition to motion re 30 Motion to Stay *a Response to Plaintiffs' Motion for Partial Summary Judgment* filed by SPENCER BACHUS, III, JAMES BURROWS, JAMES CRUSE, EXPORT–IMPORT BANK OF THE UNITED STATES. (Escher, Sam) (Entered: 09/10/2025) |
| 09/10/2025 | 40 | NOTICE of Appearance by Rachael Lynn Westmoreland on behalf of TOTALENERGIES EP MOZAMBIQUE AREA 1, LIMITADA (Westmoreland, Rachael) (Entered: 09/10/2025) |
| 09/10/2025 | 41 | SEALED MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL filed by TOTALENERGIES EP MOZAMBIQUE AREA 1, LIMITADA (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Exhibit A, # 2 Text of Proposed Order)(Prins, Andrew) (Entered: 09/10/2025) |
| 09/10/2025 | 42 | REPLY to opposition to motion re 26 Motion for Partial Summary Judgment *(Redacted)* filed by TOTALENERGIES EP MOZAMBIQUE AREA 1, LIMITADA. (Prins, Andrew) (Entered: 09/10/2025) |
| 09/10/2025 | 43 | MOTION to Stay *Answer Deadline* by TOTALENERGIES EP MOZAMBIQUE AREA 1, LIMITADA. (Attachments: # 1 Text of Proposed Order)(Prins, Andrew) (Entered: 09/10/2025) |
| 09/15/2025 |  | MINUTE ORDER. Upon consideration of Defendants' 30 Motion to Stay a Response to Plaintiffs' 13 Motion for Partial Summary Judgment, and Defendant–Intervenor's 43 Motion to Stay Answer Deadline, both Motions are GRANTED. Defendants' obligation to respond to Plaintiffs' 13 Motion for Partial Summary Judgment is STAYED pending further order of the Court, and Defendant–Intervenor's obligation to respond to Plaintiffs' 1 Complaint is STAYED pending further order of Court. So ORDERED by Judge Carl J. Nichols on 09/15/2025. (lccjn2) (Entered: 09/15/2025) |
| 09/15/2025 | 44 | MOTION to Dismiss *Complaint* by SPENCER BACHUS, III, JAMES BURROWS, JAMES CRUSE, EXPORT–IMPORT BANK OF THE UNITED STATES. (Attachments: # 1 Text of Proposed Order)(Tepe, Sean) (Entered: 09/15/2025) |
| 09/16/2025 | 45 | MOTION for Extension of Time to File Response/Reply as to 44 MOTION to Dismiss *Complaint*, 29 MOTION for Protective Order by JUSTICA AMBIENTAL, FRIENDS OF THE EARTH US. (Attachments: # 1 Text of Proposed Order)(Bailey, Lindsay) |

| | | |
|---|---|---|
| | | (Entered: 09/16/2025) |
| 09/17/2025 | 46 | NOTICE of Appearance by Steven Herz on behalf of All Plaintiffs (Herz, Steven) (Entered: 09/17/2025) |
| 09/17/2025 | | MINUTE ORDER. Upon consideration of the 45 Motion for Stay/Extension of Time, that Motion is GRANTED. It is hereby ORDERED that Plaintiffs' obligation to respond to Defendants' 44 Motion to Dismiss the Complaint is STAYED pending further order of the Court. It is further ORDERED that Plaintiffs shall respond to Defendants' 27 Motion for Leave to File Documents Under Seal on or before October 9, 2025. So ORDERED by Judge Carl J. Nichols on 09/17/2025. (lccjn2) (Entered: 09/17/2025) |
| 09/25/2025 | | Minute Entry for proceedings held before Judge Carl J. Nichols: Preliminary Injunction held on 9/25/2025. Motion 13 ; Taken Under Advisement. Order and Opinion to be issued by the Court. Court Reporter: Lorraine Herman. (zcam) (Entered: 09/25/2025) |
| 09/29/2025 | 47 | MOTION for Extension of Time to Amend 1 Complaint, by JUSTICA AMBIENTAL, FRIENDS OF THE EARTH US. (Attachments: # 1 Text of Proposed Order)(Bailey, Lindsay) (Entered: 09/29/2025) |
| 09/30/2025 | 48 | STATUS REPORT by JUSTICA AMBIENTAL, FRIENDS OF THE EARTH US. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Morgenthau, Tamara) (Entered: 09/30/2025) |
| 10/01/2025 | 49 | RESPONSE re 48 Status Report filed by TOTALENERGIES EP MOZAMBIQUE AREA 1, LIMITADA. (Prins, Andrew) (Entered: 10/01/2025) |
| 10/03/2025 | | MINUTE ORDER. Upon consideration of the 47 Motion for Stay/Extension of Time, that Motion is GRANTED. It is hereby ORDERED that Plaintiffs' deadline to file an Amended Complaint as a matter of course is STAYED pending further order of the Court. So ORDERED by Judge Carl J. Nichols on 10/03/2025. (lccjn2) (Entered: 10/03/2025) |
| 10/09/2025 | 50 | SEALED MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL filed by JUSTICA AMBIENTAL, FRIENDS OF THE EARTH US (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Opposition to Motion to Seal)(Bailey, Lindsay) (Entered: 10/09/2025) |
| 10/09/2025 | 51 | Memorandum in opposition to re 27 SEALED MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL filed by SPENCER BACHUS, III, JAMES BURROWS, JAMES CRUSE, EXPORT–IMPORT BANK OF THE UNITED STATES (This document is SEALED and only available to authorized persons.) filed by JUSTICA AMBIENTAL, FRIENDS OF THE EARTH US. (Attachments: # 1 Declaration, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit)(Bailey, Lindsay) (Entered: 10/09/2025) |
| 10/10/2025 | 52 | SEALED MEMORANDUM OPINION: This document is lodged under seal and will be mailed to the Parties addresses of record. Signed by Judge Carl J. Nichols on 10/10/2025. (This document is SEALED and only available to authorized persons.) (zcam) (Entered: 10/10/2025) |
| 10/10/2025 | 53 | ORDER denying 13 Motion for Preliminary Injunction. Signed by Judge Carl J. Nichols on 10/10/2025. (zcam) (Entered: 10/10/2025) |
| 10/21/2025 | 54 | Joint STATUS REPORT by JUSTICA AMBIENTAL, FRIENDS OF THE EARTH US, TOTALENERGIES EP MOZAMBIQUE AREA 1, LIMITADA. (Bailey, Lindsay) |

|            |    |                                                                                                                                                                                                                                                                                                                                     |
|------------|----|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |    | (Entered: 10/21/2025)                                                                                                                                                                                                                                                                                                               |
| 10/29/2025 | 55 | NOTICE OF APPEAL TO DC CIRCUIT COURT as to 53 Order on Motion for Preliminary Injunction, Order on Motion for Partial Summary Judgment by JUSTICA AMBIENTAL, FRIENDS OF THE EARTH US. Filing fee $ 605, receipt number ADCDC–12049790. Fee Status: Fee Paid. Parties have been notified. (Herz, Richard) (Entered: 10/29/2025) |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FRIENDS OF THE EARTH U.S., et al.,**<br><br>        Plaintiffs,<br><br>    v.<br><br>**EXPORT-IMPORT BANK OF THE UNITED STATES, et al.,**<br><br>        Defendants. | Civil Action No. 1:25-2235 (CJN) |

## PLAINTIFFS' NOTICE OF APPEAL

Notice is hereby given this 29th day of October, 2025, that Plaintiffs Friends of the Earth U.S. and Justiça Ambiental hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the order of this Court entered on the 10th day of October 2025, in favor of Defendant Export-Import Bank of the United States and against said Plaintiffs, denying Plaintiffs' motion for a preliminary injunction.

As an appeal of the denial of a motion for a preliminary injunction, this is a case invoking 28 U.S.C. § 1657. Accordingly, Plaintiffs respectfully note that "the clerk of the district court must transmit a copy of the notice of appeal and a certified copy of the docket entries to the clerk of this court forthwith." Circuit Rule 47.2(a).

Date: October 29, 2025            */s/ Richard L. Herz*
                                  Richard L. Herz[1] (admitted *pro hac vice*)
                                  Tamara A. Morgenthau (D.C. Bar No. 90032827)
                                  Lindsay A. Bailey (D.C. Bar No. 1723447)
                                  Michelle C. Harrison (D.C. Bar No. 1026592)

---

[1] Based in CT; admitted in NY; does not practice in DC's courts

EarthRights International
1400 K St. NW Suite 750
Washington, DC 20005
(202) 466 5188
rick@earthrights.org

- 2 -

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

FRIENDS OF THE EARTH US, *et al.*,

    *Plaintiffs*,

v.

EXPORT-IMPORT BANK OF THE UNITED STATES, *et al.*,

    *Defendants*,

&

TOTALENERGIES EP MOZAMBIQUE AREA 1, LIMITADA,

    *Defendant-Intervenor.*

Civil Action No. 1:25-cv-02235 (CJN)

## **ORDER**

For the reasons stated in the accompanying Memorandum Opinion, which has been lodged under seal, it is hereby

**ORDERED** that Plaintiffs' Motion for a Preliminary Injunction, ECF 13, is **DENIED**; and it is further

**ORDERED** that the Parties shall meet and confer regarding whether any portions of the Memorandum Opinion must be redacted before an unsealed version is entered on the public docket, as well as to formulate a schedule for the resumption of briefing on pending and future motions; and it is further

**ORDERED** that the Parties shall submit a Joint Proposed Scheduling Order and a proposed redacted Memorandum Opinion, if necessary, on or before October 21, 2025. If the government

is unable to meet this deadline due to the ongoing government shutdown, Plaintiffs and Total shall inform the Court of that fact and the deadline will be extended accordingly.

DATE: October 10, 2025

                                            CARL J. NICHOLS
                                            United States District Judge