AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| FRIENDS OF THE EARTH US, et al., | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:25-cv-02235-CJN |
| EXPORT-IMPORT BANK OF THE UNITED STATES, et al., | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant-Intervenor, TotalEnergies EP Mozambique Area 1, Limitada.

Date: 10/31/2025

/s/ Gregory G. Garre
*Attorney's signature*

Gregory G. Garre (DC Bar No. 440779)
*Printed name and bar number*

Latham & Watkins LLP
555 Eleventh Street, NW
Suite 1000
Washington, D.C. 2000
*Address*

gregory.garre@lw.com
*E-mail address*

(202) 637-2200
*Telephone number*

(202) 637-2201
*FAX number*