UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRIENDS OF THE EARTH U.S., et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>EXPORT-IMPORT BANK OF THE UNITED STATES, et al.,<br><br>    Defendants. | Civil Action No. 25-2235 (CJN) |

**DEFENDANTS' RESPONSE TO MOTION TO UNSEAL OPINION**

On November 2, 2025, Plaintiffs moved to unseal the Court's Opinion dated October 10, 2025 (ECF No. 52).  *See* ECF No. 59.

On November 3, 2025, the Court ordered Defendants to respond to that motion by November 5, 2025.  *See* Minute Order, Nov. 3, 2025.  In the Minute Order, the Court indicated that a response was exempt from the District Court's Standing Order No. 25-55 otherwise staying deadlines imposed on the United States during the current lapse in appropriations.

Defendants hereby inform that Court that they consent to a complete unsealing of the Court's October 10, 2025, Opinion.

Date:  November 4, 2025
      Washington, DC

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:     */s/ Sean Tepe*
     SEAN TEPE, D.C. Bar #1001323
     Assistant United States Attorneys
     601 D Street, NW
     Washington, DC 20530
     (202) 252-2533

*Attorneys for the United States of America*