UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRIENDS OF THE EARTH U.S., et al.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>EXPORT-IMPORT BANK OF THE UNITED STATES, et al.,<br><br>　　　　Defendants. | Civil Action No. 25-2235 (CJN) |

**JOINT PROPOSED SCHEDULING ORDER**

Plaintiffs Friends of the Earth U.S. and Justiça Ambiental, and Defendants the Export-Import Bank of the United States ("EXIM" or the "Agency"); James Cruse, in his official capacity as Acting President and Chairman; James Burrows Jr., in his official capacity as Acting First Vice President and Vice Chairman; and Spencer Bachus III, in his official capacity as Member of the Board of Directors ("Defendants"); and Intervenor TotalEnergies EP Mozambique Area 1, Limitada; through undersigned counsel, respectfully file this joint status report in accordance with the Court's October 10, 2025 Order.

Joint Position

Given that Plaintiffs have appealed the district court's order, and the appeal addresses standing, the parties believe that it would conserve judicial resources to wait for a decision from the United States Court of Appeals for the District of Columbia Circuit prior to further briefing or decisions on those issues. Oral argument is scheduled for February 26, 2026. Accordingly, the parties propose staying any briefing on or resolution of the following motions until the Court of Appeals issues its decision:

- Plaintiffs Friends of the Earth U.S. and Justiça Ambiental's Motion for Partial Summary Judgment (DE 13)
- Defendant-Intervenor TotalEnergies EP Mozambique Area 1, Limitada's Motion for Partial Summary Judgment (DE 26)
- Defendants Export-Import Bank, James Cruse, James Burrows, and Spencer Bachus, III's Motion to Dismiss (DE 44)

The parties also propose the court defer a decision of the following motions:

- Plaintiffs' Motion to Proceed Under Pseudonym and Sealed Motion for Leave to File Document Under Seal (DE 14)
- Defendant-Intervenor's Sealed Motions for Leave to File Document Under Seal (DE 27, DE 41)
- Plaintiffs' Sealed Motions for Leave to File Under Seal (DE 37, DE 50, DE 58)

These motions are all unopposed, and thus fully briefed. There is no need for the court to address them now.

The parties further propose the court defer a decision on Defendants Export-Import Bank, James Cruse, James Burrows, and Spencer Bachus, III's Motion for Protective Order (DE 29), because the parties will file a superseding proposed joint protective order.

<u>Defendants' Position on Defendants' Sealed Motion for Leave to File Document Under Seal</u>

To allow the parties to focus on the appeal before the D.C. Circuit, Defendants' position is that further briefing related to their Sealed Motion for Leave to File Document Under Seal, ECF 27, should be stayed. Although Plaintiffs state that resolving the motion will facilitate preparation for and presentation of argument at the Court of Appeals, the parties were perfectly able to argue their positions without divulging sealed material in the district court proceedings, and they can do the same before the D.C. Circuit. If the Court declines to stay the briefing, Defendants request that their deadline to file a reply in support be due by January 30, 2026. As this Court is aware, on October 10, 2025, the parties were ordered to "meet and confer," and "to formulate a schedule for the resumption of briefing on pending and future motions." Defendants' Sealed Motion for Leave

to File Document Under Seal was plainly one of such pending motions, and thus, Defendants deferred filing a reply brief until after the parties met and conferred about a schedule.

Plaintiffs' Position on Defendants' Sealed Motion for Leave to File Document Under Seal

Plaintiffs do not see any need to delay the resolution of Defendants' Sealed Motion for Leave to File Document Under Seal. Resolution of this motion will facilitate preparation for and presentation of argument at the D.C. Circuit. Although the parties were able to argue before the district court, counsel's preparation was impeded by the lack of certainty around what specifically could be said in open court.

Plaintiffs do not take a position on Defendants' request for an extension to file their reply. Defendants' reply to Plaintiffs' opposition was due October 16, 2025. This Court's order extending filing deadlines during the lapse of appropriations extended the deadline by 53 days, to December 8, 2025. Defendants did not file a reply on December 8, nor did they seek an extension. Defendants now argue that the Court's October 10 order directing the parties to "formulate a schedule for the resumption of briefing on pending and future motions" stayed the October 16 deadline. But there was no need to resume briefing on the motion to seal, when there was already a pending schedule. The parties needed to *resume* briefing on Plaintiffs' Motion for Partial Summary Judgment, Defendants' Motion to Dismiss, and Total's obligation to respond to Plaintiffs' complaint, which the Court stayed in its September 15 and October 17, 2025 Minute Orders.

Intervenor's Position

Defendant-Intervenor takes no position on whether Defendants' Sealed Motion for Leave to File Document Under Seal should be stayed.

3

Date:   December 15, 2025

*/s/ Lindsay A. Bailey*
Lindsay A. Bailey (D.C. Bar No. 1723447)
Richard L. Herz (admitted pro hac vice)*
Tamara A. Morgenthau (D.C. Bar No. 90032827)
Michelle C. Harrison (D.C. Bar No. 1026592)
EarthRights International
1400 K St. NW Suite 750
Washington, DC 20005
(202) 466 5188
Lindsay.bailey@earthrights.org

*Counsel for Plaintiffs*

\*   Based in CT; admitted in NY; does not practice in DC's courts

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

*/s/ Sam Escher*
SAM ESCHER, D.C. Bar #1655538
SEAN TEPE, D.C. Bar #1001323
Assistant United States Attorneys
601 D Street, NW
Washington, DC 20530
(202) 252-2533
Sean.Tepe@usdoj.gov
(202) 252 2531
Sam.Escher@usdoj.gov

*Attorneys for the United States of America*

*/s/ Gregory G. Garre*
Gregory G. Garre
Andrew D. Prins
Stacey L. VanBelleghem
Jonathan L. Williams
Rachael L. Westmoreland

LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
(202) 637-2200
gregory.garre@lw.com
andrew.prins@lw.com
stacey.vanbelleghem@lw.com
jonathan.williams@lw.com
rachael.westmoreland@lw.com

Nicholas L. Schlossman
LATHAM & WATKINS LLP
300 Colorado Street, Suite 2400
Austin, TX 78701
(737) 910-7314
nicholas.schlossman@lw.com

*Attorneys for Defendant-Intervenor TotalEnergies EP Mozambique Area 1, Limitada*