**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLUMBIA**

**FRIENDS OF THE EARTH U.S.,** et. al,

*Plaintiffs*,

v.

**EXPORT-IMPORT BANK OF THE UNITED STATES,** et. al.,

*Defendants*.

Civil Action No. 1:25-cv-02235-CJN

## JOINT MOTION TO EXTEND DEADLINES

The parties request a one-day extension of their deadline to file their Joint Status Report. The Court's January 6, 2026 Order directed the parties to "file a Joint Status Report that includes a proposed schedule for the resumption of briefing on pending and future motions," and "address[es] which pending motions are ready for the Court to resolve file an update within fourteen days of the D.C. Circuit's decision." The D.C. Circuit issued its decision on August 18, 2026, so the parties' deadline to file their Joint Status Report was September 1, 2026. The parties have largely come to an agreement on the proposed schedule but request one extra day to attempt to come to a consensus on a few outstanding issues. This would extend the filing deadline to September 2, 2026. Granting the motion will not affect existing deadlines. The parties have not been able to comply with the Court's four-day requirement for extensions, as the conferral was ongoing four days ago.

Date: September 1, 2026

Respectfully submitted,

/s/ Lindsay Anne Bailey
Lindsay A. Bailey (D.C. Bar No. 1723447)
Richard L. Herz* (admitted pro hac vice)
EarthRights International
1400 K St. NW Suite 750
Washington, DC 20005
(202) 466 5188
lindsay@earthrights.org

Attorneys for Plaintiffs

* Based in CT; admitted in NY; does not practice in DC's courts

JEANINE FERRIS PIRRO
United States Attorney

By: */s/ Michael E. Yohannan*
MICHAEL E. YOHANNAN
PA Bar # 307575
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
Tel: (202) 809-2054
Michael.Yohannan@usdoj.gov

*Attorneys for the United States of America*

*/s/ Andrew D. Prins*
Andrew D. Prins (DC Bar No. 998490)
Stacey L. VanBelleghem (DC Bar No. 988144)
Jonathan L. Williams (DC Bar No. 999708)
Dorothy M. Canevari (D.C. Bar No. 90042751)
Rachael L. Westmoreland (DC Bar No. 90034032)
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
Tel: (202) 637-2200

Fax: (202) 637-2201
Email: andrew.prins@lw.com
stacey.vanbelleghem@lw.com
jonathan.williams@lw.com
rachael.westmoreland@lw.com
dolly.canevari@lw.com

Nicholas L. Schlossman (DC Bar No. 1029362)
LATHAM & WATKINS LLP
300 Colorado Street, Suite 2400
Austin, TX 78701
Tel: (737) 910-7300
Fax: (737) 910-7301
Email: nicholas.schlossman@lw.com