**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| FRIENDS OF THE EARTH U.S., *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>EXPORT-IMPORT BANK OF THE UNITED STATES, *et al.*,<br><br>*Defendants*. | Civil Action No. 1:25-cv-02235 (CJN) |

**SCHEDULING ORDER**

Upon consideration of the Parties' Joint Status Report, ECF No. 68, it is hereby

**ORDERED** that the following schedule shall govern this case:

(1) Deadline to File Joint Motion for a Protective Order: **September 18, 2026**.

(2) Deadline for Plaintiffs to File Amended Complaint: **September 25, 2026**.

(3) Deadline for Defendants to File Reply in Support of ECF No. 27: **September 30, 2026**.

(4) Deadline for Plaintiffs to File Motion for Preliminary Injunction (if any): **October 15, 2026**.

(5) Deadline for Defendants to File Opposition to Motion for Preliminary Injunction (if any): **November 5, 2026**.

(6) Deadline for Plaintiffs to File Reply in Support of Motion for Preliminary Injunction (if any): **November 19, 2026**.

(7) Deadline for Defendants to Respond to Amended Complaint: **December 14, 2026**.

(8) Deadline for Plaintiffs to File Reply in Support of Amended Complaint: **January 28, 2027**.

It is so **ORDERED**.

DATE: September 4, 2026

CARL J. NICHOLS
United States District Judge