**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| FRIENDS OF THE EARTH U.S., *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>EXPORT-IMPORT BANK OF THE UNITED STATES, *et al.*,<br><br>*Defendants*. | Civil Action No. 1:25-cv-02235 (CJN) |

**ORDER**

Upon consideration of Plaintiffs' Sealed Motion to Proceed Under Pseudonym and for Leave to File Documents Under Seal, ECF No. 14, and the accompanying memorandum in support and exhibits, the Court finds that Plaintiffs have shown sufficient cause to merit protections for these declarants.

It is hereby **ORDERED** that the Motion is **GRANTED**; it is further **ORDERED**:

(1) that the JA Declarant and Conflict Expert's declarations shall be filed under seal, such that they are only accessible to this Court, the parties in this litigation, their counsel, and those employed by counsel;

(2) that Plaintiffs shall file on the public docket a redacted version of the JA Declarant's declaration; and

(3) that the Parties shall refer to the declarants in all public filings using the pseudonyms "JA Declarant" and "Conflict Expert."

It is so **ORDERED**.

DATE: September 4, 2026

CARL J. NICHOLS
United States District Judge