# EXHIBIT B

[redacted]

**DECLARATION OF [redacted]**

I, [redacted] declare as follows:

[redacted]

2. [redacted] In Portuguese, "Justiça Ambiental" means environmental justice, while "JÁ" means now.

3. JA is a private nonprofit organization working to reduce the environmental and social impacts of Mozambique's rapid development. JA is based in Mozambique.

[redacted]

6. JA is an affiliate of Friends of the Earth International, a global network of grassroots groups working in 70 countries to promote environmental sustainability, social justice, and respect for human rights. Based on this affiliation, JA is known globally as Friends of the Earth Mozambique.

7. JA's mission is to generate a culture of civil exercise in Mozambique not only through environmental protection actions, but also through the active involvement of citizens in

[redacted]

development decisions relevant to environmental justice issues, in Mozambique and throughout the world. Part of our mission is to work for equal and equitable access to healthy and safe forms of socio-economic development and a sustainable environment for our people.

8. As a core part of our mission, we provide services to communities to help them address the specific environmental, economic and social threats they face.

**I. JA's work on the Mozambique LNG Project ("the Project")**

9. JA has worked with communities impacted by oil and gas projects in Mozambique since 2006. [redacted] We have been coordinating with partners based in the parent countries of the corporations and financiers involved in the LNG industry in Mozambique, including in the United Kingdom, the United States, France, the Netherlands, Italy, South Africa, Sweden, Denmark, and Portugal.

10. Our goal is to help communities in Mozambique address the environmental, economic, and social threats they face or likely face from the Project to work towards JA's mission of healthy and safe forms of socio-economic development and a healthy environment.

11. The gas projects in north Cabo Delgado will affect some of the most vulnerable and economically poor communities in the world, that we have been working with for almost 20

[redacted]

years. These affected communities are subsistence-based and depend on an environment that is a biological hot spot of global importance which the gas projects could threaten. The gas projects have also caused major impacts to Mozambique's economy and political priorities. For these reasons and many more, it is critical that we and many others work on the impacts of the gas projects in north Mozambique.

12. JA dedicates extensive time and resources to providing counseling, technical and legal advice, strategic assistance, training, information and research, support for legal action, and representation to individuals and community groups that have suffered concrete harms due to the Project or likely will be harmed by the Project. As discussed below, these concrete harms include displacement, environmental devastation, climate change, and violence.

13. Often, the key decisions that will directly impact the communities JA serves are not made in their communities, or sometimes not even in Mozambique. Sometimes, they are made in Maputo, or often by foreign project owners, the international banks funding them, and the multilateral development institutions and overseas government financing agencies facilitating those transactions in France, the United Kingdom, Japan, Korea, the Netherlands, and the United States, including prospective funders like the U.S. Export Import Bank (EXIM).

14. We assist remote communities by providing a conduit of information between communities and the decision-makers who will determine whether and how their interests are addressed. Information flows both from and to communities that would be impossible without JA serving as an intermediary. We connect communities with our partners who have specialized knowledge about how foreign decision-makers function, and avenues to influence their decisions. With this information, community members can claim their rights and seek and

[redacted]

achieve improved outcomes, including improved mitigation measures to prevent the Project from causing economic and social harms and to gain more just compensation for displacement.

A) Gathering and disbursing information

15. JA has dedicated extensive time and resources over two decades to investigate the Project and its effects, including issues and violations associated with the resettlement process and information on the evolving facts on the ground.

16. Our experience has been that Project operator or Mozambique government-funded or initiated monitoring and documentation is often insufficient or untransparent and not publicly available. They disregard or downplay key issues to community members. Independent monitoring and documentation is critical to ensuring a full and accurate understanding of the impact of the Project.

17. JA often meets with community members to interview them and document the impacts of the Project on them. [redacted] JA team have interviewed hundreds of people from 2006 to 2025.

18. JA has staff that historically would drive to Palma and the surrounding project areas to carry out the work.

[redacted]

[redacted]

[redacted]

[redacted]

21. JA has investigated the impacts on communities' homes and livelihoods, which continue to deteriorate despite the Project's promises. We collect and analyze information regarding the Project's impact on communities.

22. One area of focus for our investigation and documentation has been the resettlement process. JA assisted communities with asset mapping prior to displacement in 2014 and 2015, mapping of new assets for compensation, and is assisting them with monitoring of affected assets. JA has received over 1,300 complaints around the Project resettlement and compensation process and is in the process of confirming the facts. We verified the complaints in the field, ensured complainants signed their complaints, and submitted the complaints to complaint mechanisms. JA also connected community members with a lawyer to represent the community. We continue to give the community advice and support in these complaints.

23. JA's work in data collection and analysis allows communities to better understand the scope of the Project's effects and to make more comprehensive and persuasive submissions to EXIM, Total, and other decisionmakers.

24. JA has conducted or commissioned scientific research as a tool to review Project statements or other materials. We have released several important reports specifically in relation to the gas sector's environmental impacts, including climate and biodiversity impacts.

25. In 2020, JA—together with Friends of the Earth France—published a study titled "From the Gas Eldorado to Chaos." In 2023, JA and partners commissioned and released a report authored by Uprights titled "Assessment of TotalEnergies' Mozambique LNG Project Human Rights Due Diligence." In 2024, JA released four studies in collaboration with various partners:

[redacted]

(1) Total Turmoil: Unveiling South Korea's Involvement in the Climate and Humanitarian Crisis in Mozambique, (2) South African Public Financing of Mozambique's Liquefied Natural Gas Project, (3) Fossil Fuel Contracts Expose Mozambique to Multi-Billion-Dollar Financial Risk, and (4) Paid to Approve. In 2025, we released an assessment and critique of the Project's environmental impact assessment (EIA), as well as the EIAs for the other gas projects.

26. JA also shares information with community members regarding proposed and ongoing phases of the Project. Total, EXIM, and foreign actors' environmental impact statements, harm mitigation plans, and other assessments of the risk of the project, are often very difficult for community members to access due to language barriers, lack of access to the internet, literacy, and lack of knowledge on how to request or demand documents from institutions. We access this information and disburse it to community members and their representatives.

27. Sharing information with communities has allowed them to better understand certain actions taking place on the ground—actions that are often carried out by the companies without any explanation provided to them. We discuss the progress made at different stages of the projects and share information about the expected revenues that don't reflect the reality lived by them on the ground. We invite affected communities to workshops/conferences where they can learn from others and raise their issues directly. We also have facilitated exchanges between communities affected by other extractive projects in Mozambique to exchange experiences and understand patterns and behavior of big companies in different regions in the country and around the world. When acts of intimidation occur, we highlight acts of solidarity carried out by national and international partners. This helps communities realize that they are not alone in their struggle and that their concerns are known abroad.

[redacted]

B) Accessing due diligence, grievance, and redress mechanisms

28. JA has helped Project-affected people in Cabo Delgado access due diligence, grievance, and redress mechanisms related to the Project. These procedures include public consultations, notice and comment periods, grievance mechanisms, and remedy processes.

29. We use our expertise to advise on the governing law and available mechanisms, including those provided under Mozambique law, and other laws, policies and procedures governing government and private-sector decision-makers, including public and private financial institutions. Through these procedures, communities can share information with key decision-makers, including the Mozambique government, the Project operator, the Project sponsor, prospective funders like private banks and export credit agencies (ECAs), including EXIM, government officials and the public.

30. These procedures enable impacted communities to raise their concerns and ensure they are properly considered, and to seek remedy when they are harmed by the Project. Our goal is to help community members understand their rights, to ensure that decision-makers account for the Project's impacts, and to encourage decision-makers to avoid or ameliorate its environmental, economic and social impacts, and to ensure meaningful participation and proper compensation for those whose homes, lands and fishing rights have been taken by the Project.

31. We assist communities to present their interests, questions, and concerns, draft materials requested by community members, and we represent community members when they cannot be present or need additional support.

32. JA has helped communities engage in the public consultations around this Project and brings community concerns to these consultations. In Mozambique, public consultation processes have largely become mechanisms for legitimizing the irregularities committed by

[redacted]

companies. In practice, our concerns, comments, and demands are routinely disregarded. These consultations are treated more as a procedural formality than a meaningful attempt to integrate public input into decision-making.

33. JA submitted comments reflecting the concerns of affected community members in public consultations around the government-issued licenses for the construction of the gas liquefaction plants, resettlement villages, and social infrastructure and public consultations around resettlement. JA provided comments on the EIA process in 2012 that were based on the concerns of affected community members.

34. JA assisted communities in submitting requests that the operator implement meaningful community participation and adequate compensation in the resettlement of those the Project displaced.

35. We also help communities with industry negotiations and access to government decision makers and officials. JA has provided technical assistance to the affected families to support the discussions and execution of the compensation agreements in respect of their assets. JA shared legal and technical information about land and resettlement laws so that communities know and can claim their rights.

36. JA developed capacity-building sessions to ensure that community members understand their legal rights in the resettlement process. In these sessions, we emphasize that the provision of housing equal to or better than what they previously had is a legal obligation. The aim of those capacity building meetings is to help community members understand that the communities are entitled to fair, adequate housing during resettlements, their choices matter in decision making process, that participation and informed consent are not optional, but essential rights.

[redacted]

37. JA has helped communities file lawsuits and initiate public investigations and inquiries. Some of these cases are discussed below, in the section on the conflict.

38. For instance, JA has shared communities' concerns in the complaint process directed at the banks of the United Kingdom and Japan.

39. JA filed a case in Korea concerning the LNG development in the Rovuma Basin due to concerns around human rights violations, and social and environmental impacts, challenging the Korean export finance agency's approval of that project.

40. JA assisted Friends of the Earth U.K. by sharing information from communities for a case filed in the United Kingdom against the U.K. Export Finance Agency challenging its initial approval of funding for the Project.

41. We currently have an ongoing complaint process with a U.S.-based financial institution, the Development Finance Corporation, and are preparing a formal complaint against the African Development Bank.

C) JA's work with EXIM

42. JA has dedicated extensive resources to engaging with EXIM's processes.

43. This includes raising communities' rights and concerns through processes that inform EXIM's Project due diligence and its Board consideration of final approval.

44. We have engaged with EXIM from the outset when it first sought comments as part of its due diligence process. We have continuously advised EXIM to decline to finance the Project given its significant environmental and human rights adverse impacts. In the alternative, because EXIM's financing is critical to the development of the Project, EXIM has substantial leverage to ensure that Total meets EXIM's environmental and social standards, by conditioning financing on meeting those criteria. We believe that EXIM could have used this leverage to

[redacted]

ensure the Project worked with communities to implement more effective mitigation plans and more effectively resolve outstanding issues, such as those around inadequate compensation for those forcibly resettled.

45. JA, FOE and others submitted comments reflecting community members' concerns in May 2016 to inform EXIM's environmental and social due diligence process. The comments were submitted in response to EXIM listing the Project on its pending transactions webpage. They highlighted that the Project will: (1) force people to leave their homes and livelihoods without proper compensation; (2) cause adverse economic impacts on local communities; (3) not fairly share project benefits, including that the Project would not improve their energy access; (4) cause more severe environmental damage than was claimed in the Project's EIA, including harms to vulnerable species and sensitive ecosystems, and (5) contribute to devastating climate impacts. The comments also highlighted EXIM's obligations to engage in consultation under the Endangered Species Act and evaluate the Project's impacts under NEPA. In the light of the concerns raised, we urged EXIM to reject financing.

46. JA, FOE and others drafted a letter sharing community members' concerns regarding the Project in March 2018. We submitted the letter to EXIM through EXIM's portal.

47. JA, FOE and others drafted a letter sharing community members' concerns regarding the Project and COVD-19. We sent the letter to the Board and Inspector General's office in September 2020.

48. As the situation in Mozambique deteriorated with the escalation of the conflict, we continued to share information from communities with EXIM, raising critical emerging issues regarding the safety of local communities, problems with the displacement process, and engagement of local communities.

[redacted]

49. FOE and JA submitted a complaint to EXIM's grievance mechanism on November 18, 2021, on behalf of local communities. The complaint raised communities' concerns regarding compensation, resettlement, development and implementation of the Project's social management plan, and social investment activities. JA gathered and shared testimony from individual community members who had been displaced explaining their experiences and concerns with the displacement process and how it has led to them losing their livelihood and homes. We also shared testimony from community members about the violence they had faced by insurgents and the military. We provided photos of villages before relocation, and the beach which Total allocated to displaced fishing communities, showing there were no boats, despite promises to move them. We shared a letter we sent to Total with details of the destructive impacts of their Project and the compensation process, as well as their response. We also shared a letter we sent to UNESCO regarding the destructive impacts the projects will have on the UNESCO Biosphere, the Quirimbas Archipelago, as well as testimony from community members. We informed EXIM that we had to blur the faces of the community members for security reasons, as communities fear repression for speaking out with concerns regarding the Project. EXIM responded that due to the force majeure, it could not address most of the issues we identified and that EXIM was closing the complaint.

50. In March 2021, September 2022, November 2023, and December 2024, JA and FOE, and other local and international civil society organizations, sent letters to EXIM and other financiers sharing information from communities. These letters highlighted the dangerous situation on the ground due to the ongoing conflict and human rights violations, including those associated with the displacement process, and the irreversible environmental and climate impacts. The letters urged the Banks to do comprehensive due diligence and assessment of the

[redacted]

risks associated with financing the Project. The January 2025 letter also highlighted allegations of human rights abuses in June 2021 at the entrance of the Project site, calling for an independent international investigation.

51. On multiple occasions, FOE and JA have met with EXIM to share communities' concerns around this Project, including the Project's continued failure to properly compensate community members facing economic or physical displacement and the violence committed against the communities by both the insurgents and the military.

52. These actions are part of our broader efforts to raise serious concerns about the role of financial institutions in supporting this controversial gas project—one that has already caused significant harm in Mozambique before a single drop of gas has been extracted. We believe it is essential to ensure awareness of the social, environmental, and economic risks associated with these projects. Financial institutions must invest in initiatives that genuinely contribute to sustainable development, rather than funding false solutions that worsen the lives of communities in poorer nations already facing climate and social challenges. We are now seeking accountability through appropriate legal and regulatory mechanisms, particularly in response to the inadequate manner in which these institutions conducted the processes that led to their investment decisions. These decisions were made despite clear evidence of the project's damaging impacts on communities already living in conditions of extreme poverty.

D) Impact of EXIM's decision to fund the Project on JA's work

53. JA has expended substantial time and resources as a result of EXIM's final approval and will continue to do so to provide services to the communities we counsel, advise and represent.

[redacted]

54. When JA first heard that EXIM had approved funding of the Project, we were surprised. We anticipated that there would be more notice and a period to submit comments.

55. EXIM denied JA advance notice that it was considering funding the Project, and that the Project would be restarting.

56. By not providing notice of their plans to fund the Project, EXIM has prevented us from sharing this information with community members, an important service we typically provide.

57. Had we had that advance notice, we would have worked with communities to gather their concerns and share them with EXIM through formal and informal channels. We would have marshalled resources to begin to respond to the issues with the Project.

58. For instance, we recently released a report critiquing the EIAs. We planned to present the report to local communities and discuss our findings, but the approval has put a lot of time pressure on our team. It has rushed the Project forward, instead of allowing time for these debates to occur and subsequent solutions and recommendations being given to the Project operators, and potentially taken into account.

59. By funding and thus restarting the Project with almost no notice, EXIM has also robbed us of valuable time we could have used to prepare for the Project's launch. Without the notice in advance of funding, we must now provide services on an accelerated timeline.

60. EXIM did not make the environmental and social assessments upon which that approval should have been based available. We would have shared this information with local communities. We also would have reviewed the assessments, alongside local communities, to clarify issues or identify errors.

[redacted]

61. Had EXIM provided notice and permitted comments prior to its March 2025, final approval, we would have worked with communities to develop and submit comments detailing, among other things, the risk of human rights abuses against local people, the environmental and climate impacts, displacement, the risk that the Project will exacerbate the conflict and the inadequacy of Total and EXIM's consideration of those risks and effects, and the shortcomings in Total's plans to mitigate these harms.

62. Helping local communities raise their concerns through the mechanisms that Project operators and funders have set up to receive such input is a core activity central to JA's mission. By precluding us from presenting communities' concerns through notice and comment, EXIM foreclosed JA from using this important opportunity to protect the communities' rights and provide that service to local communities. By denying us the ability to provide the service of sharing communities' concerns with EXIM, EXIM has removed an avenue of redress from the potential services we can provide Project-affected people. We are now forced to rely on more burdensome alternatives.

63. By approving the loan without input from community members, EXIM has approved a Project that is more harmful to community members – for instance, causing more displacement and compensating community members less adequately – without ensuring appropriate mitigation and management plans are in place. EXIM had the opportunity to address these concerns through their diligence process. It instead approved the Project, signaling that it is acceptable for the Project to continue proceeding in a way that violates and does not respect communities' rights. The absence of effective plans will undermine JA's mission of protecting local people. JA will now have to provide more burdensome services to Project-affected people –

[redacted]

assisting them with remediating harms and seeking redress rather than preventing them. These services are more costly and time consuming.

64. One area where JA will have to expend significant time and resources because of the approval is around the resettlement process. If the Project proceeds, additional displacement is set to occur. Project subcontractors have returned to the area to advance the Project. Community members will be displaced from their farms to ensure that Project subcontractors have land to build roads, source materials, and operate from. The Project restart will increase the pressure on communities, due to the increased threat of land loss. JA will need to spend time and resources to help communities address these injuries. If EXIM's loan approval stands and the Project goes forward, we will have to dedicate even more time and resources to provide local people with information and services to protect their rights and ameliorate future harms from the Project, including environmental harms and human rights abuses. During this displacement, community members will not have the protections they would have proposed through notice and comment. EXIM could have used its leverage to encourage Total to implement these protections.

65. This will force us to shift more time, resources and attention away from core activities of defending other communities and addressing other issues. This has and will limit the time JA would otherwise spend to investigate and verify other issues, such as claims of intimidation and threats, and contributes to the dispersion of attention from legal cases related to human rights abuses that are already underway. We will have less time to pursue the negotiations for the families that have already been displaced. We will have to both continue to assist communities regarding the currently outstanding displacement issues and simultaneously respond to additional displacement and other foreseeable harms caused by the Project restart, overstretching our resources.

[redacted]

66. If the Project was not proceeding, much of this more burdensome work is not necessary.

**II. The impact of the Project on communities and the environment**

67. [redacted] This includes the Project and the offshore exploration and onshore development of the Afungi LNG Park, which Total is overseeing.

68. [redacted]

A) Displacement

69. JA has been particularly active around the displacement and resettlement process. As discussed above, we have gathered testimony from displaced community members and visited their homes and the relocation villages. We have attended public consultations with community members and worked with families to file complaints.

[redacted]

70. The Project covers a large area. Initially, the Project planned to expropriate 7,000 hectares of land from community members for the construction of the Project, including approximately 3,500 hectares of agricultural land. Villagers' land has also been taken to create infrastructure for subcontractors, suppliers, and other companies supporting the Project, for example roads and sand extraction for construction. Total has blocked off large swathes of the ocean, preventing fisherpeople and women who harvest coastal resources from accessing the sea. This has caused substantial economic injury. Based on JA's monitoring, the Project operators have or plan to remove 643 families who were living on the area. Another 952 families lost their farms ("machambas").

71. Total has promised that families will receive financial compensation, replacement homes, and land to farm. Some families have received this compensation, but it has been a slow and long process, leaving families waiting for their compensations in devastating conditions.

72. The financial compensation is often insufficient. Mozambicans have habits and customs that make them inseparable from the land where they are born, and assigning a monetary value to that land is culturally inappropriate and unfair for families. The financial compensation families receive is often not enough to provide the same type of long-term support that land does. Community members have reported to JA that their concerns were not taken into account regarding the need for adequate replacement land.

73. Financial compensation has put families at risk. Total made people sign for their compensation in public, enabling the military and others to know who has received cash and how much. This made them targets for extortion, threats of physical and sexual assault, robbery, and kidnapping for ransom by police, military and criminals. JA has documented numerous cases and assisted community members in bringing these cases to the Human Rights Commission.

[redacted]

74. As the Project displaces families, it needs even more land to provide as compensation. There is limited empty land for Total to purchase, and they have not successfully purchased sufficient occupied land to provide adequate compensation. Total provides inadequate solutions to this lack of land. For instance, they offer families land that is far from their villages, and motorbikes so they can get to the land. But community members do not have fuel for the bikes, or funds to repair them.

75. Resettlement has created conflict between new and existing residents. For example, in one community Total built new amenities (a school, hospital, mosque, and church) for the resettled communities but not for existing residents. Even though the community agreed to host the resettled people, existing residents felt inadequately compensated. Conflict between the existing community those Total resettled persists due to the lack of compensation for both groups.

76. Some people received only one tenth of their original land. Others received land that was too far from their village to farm, or too far from the sea to fish. Previously, communities lived on the beach and could fish freely.

77. Communities we work with are afraid to leave their villages even with the attacks, for fear that if they leave, Total or another company will take their land.

78. People affected directly by the Project are effectively being forced into poverty. They have inadequate access to food, land for subsistence farming, and the ocean for fishing. This harm is ongoing, unless the Project operator adequately compensates community members for their losses. Some of these families have been placed in relocation villages, which are far from their farming land and fishing grounds. This means the livelihoods they are completely dependent on are lost. While Total has, at times, provided a bus to bring fisherpeople to the

[redacted]

ocean, it only travels once a day and is not a reliable way for fisherpeople to reach the ocean. Women who harvest coastal resources and fishermen who don't have their own boats have been excluded from compensation processes. The resettlement did not involve protecting mango trees which provide important access to nutrition throughout the year.

79. The original Anadarko assessment recognized that limited local skills and experience means local people are unlikely to secure jobs in the LNG industry. There has not been enough investment made in training the local population to ensure they can qualify for jobs when they become available. They have not received a benefit in exchange for the loss of their homes and livelihoods. Nor will they receive any additional access to energy.

80. With the declaration of force majeure, Total suspended resettlement activities. Many families who were already displaced were left without replacement land or compensation. In the meantime, some were forced to live within Total's fenced area, under military control at the entrance. In May 2024 Total announced that it had paid all compensation, but in June 2024 JA received over 100 complaints from families needing help with compensation and resettlement.

81. Total has not yet adequately compensated many families, leaving them adrift in a war-torn region. Many families who were resettled are still waiting to receive land.

82. Today, it is impossible for Total's original resettlement plan to be carried out. The violence has caused thousands of people to flee, including many who were being relocated. Now, they are part of the hundreds of thousands of displaced internal refugees.

83. As detailed above, we have shared community members' concerns with Total and financiers and the Mozambican government on numerous occasions in the past. However, as described below, sharing these concerns is increasingly risky.

[redacted]

84. The Project will destroy even more land and displace more families if it resumes. Subcontractors and suppliers need land to build roads, source materials, and house their operations. Community members have already heard from subcontractors seeking to expel them from additional tracts of land.

B) Environmental impact

[redacted]

86. In 2018, JA and FOE US, supported by local, regional, and international organizations sent a letter to UNESCO raising concerns about the impact of LNG development in Rovuma Basin on the Quirimbas Biosphere.[1] In our letter, we highlighted concerns that the LNG development will cause the extinction of endangered flora and fauna, and significant destruction to pristine coral reefs, mangroves, and seagrass beds of the Quirimbas Archipelago, a UNESCO Biosphere. Dredging, waste disposal, construction, and production will devastate ecosystems of endangered plant and animal species.[2]

87. Quirimbas National Park, which is encompassed within the Biosphere Reserve, lies almost immediately south of Area 1 of the gas development – only eight kilometers from Area 1's southern boundary. Dredging, waste disposal, construction, and production will devastate ecosystems of endangered plant and animal species.

---

[1] Miguel Clüsener–Godt and Didier Babin, UNESCO Biosphere Letter Mozambique LNG, Friends of the Earth (Oct. 30, 2018) https://foe.org/wp-content/uploads/2019/01/2018.10.30_UNESCO-Biosphere-Letter-Mozambique-LNG_final.pdf.

[2] *Id.*

[redacted]

88. The extraction, processing, and transportation of gas will require dredging, disposal of waste materials offshore and onshore, and the construction of subsea, near-shore, and on-shore structures and infrastructure that will have harmful effects on the nearby communities and ecosystems, including Quirimbas. The LNG development will cause habitat degradation, noise, and ship strikes and will force species, such as humpback and seiwhales, to leave the area. The traffic to and from the extraction wells and the floating LNG processing plant will put the wildlife that surrounds and inhabits Quirimbas at risk. Moreover, if spills or gas accidents, which have become prevalent at energy extraction sites, occur, the impacts will be even more catastrophic. Proponents of the project frankly acknowledge substantial short- and long-term impacts, including noise disturbance, habitat destruction, vessel strikes, and lighting impacts from the various aspects of the project, including offshore drilling, cutting trenches for pipelines and shipping channels, construction of the LNG facility and associated shipping terminal, and operation of the facility.

89. After the first seismic survey by previous owners Anadarko in 2008, reports emerged about mass deaths of marine animals. Statements from local hotel owners and a tour operator reveal concerns about the impacts of the gas development on important wildlife.

90. Studies conducted by respected academic institutions have raised alarms about harmful practices such as gas flaring, underscoring the environmental risks associated with the project.

91. The Project restarting will lead to further such environmental devastation.

92. The Project is anticipated to contribute to climate change through construction and operation of the plant and consumption of the LNG the Project produces.

[redacted]

93. At least 45% of Mozambican territory is below 100 meters altitude, which is one of the reasons why Mozambique is one of the countries most vulnerable to climate change. Mozambique was hit by two major tropical cyclones in March and April 2019, just six weeks apart, which left the north and center of the country devastated by wind and flooding damage. They were considered the worst tropical cyclones recorded in the African continent and in the entire Southern Hemisphere, and they killed at least 648 people, injured nearly 1,700 and damaged or destroyed more than 277,700 homes and social infrastructure such as hospitals, classrooms, bridges and roads.

94. The Project's environmental impact will be devastating to the surrounding local communities. Contaminated water and soil will lead to illnesses, which the companies have themselves admitted in their environmental impact assessments. The decrease in marine life means that fishing, the major means of livelihood for the some of the surrounding villages, will no longer be possible.

**III. The Conflict**

95. The province of Cabo Delgado, where the Project is located, has been riven by conflict between the Mozambican government and an insurgent group now known as Al-Shabaab (but separate from a Somali group with the same name) or Ahlu Sunna Wal Jama (ASWJ). Insurgent incursions in Cabo Delgado were initially treated as a public security issue, despite repeated warnings from civil society and various religious organizations in the province. They have since escalated into an armed conflict.

96. As part of JA's work, we have closely followed the conflict.

[redacted]

[redacted]

[redacted]

98. We have worked closely with communities displaced by the conflict who have experienced human rights abuses. JA has conducted in-person visits to government-established resettlement shelters for community members that fled the area. During these visits, we documented human rights violations and heard stories from community members fleeing the war. For instance, these visits provided critical insight into the challenges faced by Palma residents as they fled the village and struggled to survive in an ongoing atmosphere of fear and terror.

99. We also rely on news reports, such as reports from Zitamar News, to get information about the conflict. We rely on Cabo Ligado, which "supports real-time data collection on the insurgency in the country's northern Cabo Delgado province and provides cutting-edge analysis of the latest conflict trends." We believe they are an unbiased source of factual informatio[redacted]. We also rely on reports from non-governmental organizations like the International Crisis Group. These reports help us understand the conflict and the risks associated with our work.

A) The conflict is active today.

100. Throughout 2025, we have heard and read weekly reports of violent attacks by Al-Shabaab, and clashes between Al-Shabaab and government forces, including attacks on the highway. The situation, at present, in some important aspects, is worse than it was last year.

[redacted]

101. The following is information based on news reports that we have read, which confirm our understanding of the situation on the ground.

102. A U.N. report from March 7, 2025, states that in January 2025 "violence against civilians and armed clashes intensified."[3]

103. On February 2, 2025, insurgents attacked two villages, Mitope in Mocimba da Praia and Quinto Congresso in Macomia district.[4] The militants seized weapons and equipment in Mitope, and kidnapped ten people, including children, in Quinto Congresso.[5]

104. About a week later, the militants launched a new series of village attacks, starting with Namagico in Meluco district. On February 10, 2025, insurgents burned several homes in the village while others prayed in the village mosque.[6] The next day, insurgents attacked the village of Minhanha in Meluco district where they stole food and drinks from the market and killed several people.[7] The following day, the Islamic insurgents attacked the village of Litamanda, killing five people.[8] On February 13, 2025, the insurgents attempted a fourth day of attacks on the village of Mbau but were thwarted by local residents.[9]

---

[3] UN Office for the Coordination of Humanitarian Affairs, *Mozambique: Access Snapshot - Cabo Delgado Province, as of 31 January 2025*, Relief Web (March 7, 2025), https://reliefweb.int/report/mozambique/mozambique-access-snapshot-cabo-delgado-province-31-january-2025.

[4] *International Crisis Group, Tracking Conflict Worldwide: Mozambique*, https://www.crisisgroup.org/crisiswatch/database?location%5B%5D=118&crisis_state=&created=&from_month=1&from_year=2025&to_month=1&to_year=2025.

[5] *Id.*

[6] *Cabo Ligado Update: 26 February 2025*, Zitamar News (Feb 27, 2025), https://www.zitamar.com/cabo-ligado-update-26-february-2025-10-23-february-2025/

[7] *Id*.

[8] *Id*.

[9] *Id*.

[redacted]

105. Four days later, the Islamic State claimed responsibility for killing a civilian in Muidumbe district on the N380 road.[10]

106. The next day, on February 18, 2025, insurgents attempted to attack the village of Chai but were repelled by the Local Force.[11]

107. Two days later, the Islamic State attacked a Defense Armed Forces of Mozambique (FADM) outpost in the village of Bilibiza, killing two soldiers.[12] They also acquired a large stockpile of weapons and ammunition in this attack, posting pictures of assault rifles, machine guns, and grenade launchers.[13] Insurgents were also seen in the villages of Milamba, Pequeue, and Pangane in Macomia district, demanding food and money from locals.[14]

108. On March 4, 2025, insurgents attacked the villages of Chibau and Ntotwe, looting goods, kidnapping children, and killing one person.[15] The Islamic State insurgents also appeared in the villages of Licobe and Ulo to preach about fasting for Ramadan and demanding that teachers incorporate Islamic lessons into their curriculum.[16]

109. On March 13, 2025, the Islamic State claimed responsibility for detonating an IED mounted on an FADM patrol vehicle near the village of Quiterajo, killing and wounding several soldiers.[17]

---

[10] *Id.*

[11] *Id.*

[12] *Id.*

[13] *Id.*

[14] *Cabo Ligado Update: 12 March 2025*, Zitamar News (Mar. 12, 2025) https://www.zitamar.com/cabo-ligado-update-12-march-2025-24-february-9-march-2025/

[15] *Id.*

[16] *Id.*; *Cabo Ligado Update: 26 March 2025*, Zitamar News (Mar. 26, 2025), https://www.zitamar.com/cabo-ligado-update-26-march-2025-10-23-march-2025/

[17] *Id.*

[redacted]

110. The next day, the Mozambican military successfully ambushed a group of insurgents in Nguida, about 15 km off of the N360, killing seven insurgents and wounding several others.[18]

111. In the following several days, the Islamic insurgents attacked the villages of Iba and Pitolha, burning over 60 homes and killing one civilian.[19]

112. On March 19 and March 21, insurgents captured 40 fishermen off the coast of Mocimboa da Praia near Tambuzi Island.[20] The fishermen were ransomed and later released.[21] Insurgents also captured four fishing boats off the coast of Macomia and held the fishermen for ransom at the village of Pequeue.[22]

113. On March 22, 2025, militants attempted to kidnap civilians along N380 but were stopped by the RDF.[23] On the same day, insurgents ambushed a Mozambican Local Force cement truck on N380 outside the village of Chai, killing and injuring several men.[24]

114. On March 25, insurgents ambushed FADM patrol at a roadblock close to the village of Chai, killing one soldier.[25] In the next two days, they killed five people on the road between Chinda and Mbau.[26]

---

[18] *Id.*

[19] *Id.*

[20] *Id.*

[21] *Id.*

[22] *Id.*

[23] *Id.*

[24] *Id.*

[25] *Cabo Ligado Update 9 April 2025*, Zitamar News (Apr. 9, 2025), https://www.zitamar.com/cabo-ligado-update-9-april-2025-24-march-6-april-2025/

[26] *Id.*

[redacted]

115. Insurgents were also able to take two FADM soldiers hostage on N380 on March 27, 2025 between the villages of Quinto Congresso and Nova Zambezia.[27] One soldier paid the ransom and was released while the other was unable to pay and therefore killed.[28] On the same day, insurgents killed three people on N380 near the village of Xitaxi.[29] Insurgents attempted to attack the road again near Awasse but were discovered by security forces before instigating their attack.[30]

116. On March 31, insurgents attacked the villages of Nonia and Miegane, burning more than 20 homes of the Mozambican militia.[31]

117. On April 2, the Islamic State killed someone on the N14 Highway near the gold mining village of Muaja and remained at the mining site for two days afterwards.[32] On April 5, insurgents attacked the village of Namoro, burning homes and kidnapping several people.[33]

118. Two days later, insurgents killed a primary schoolteacher during an attack on the village of Ntotwe.[34]

119. Two days after that, on April 9, insurgents ambushed FADM patrol on the road traveling towards the village of Cobre, wounding several soldiers.[35]

---

[27] *Id.*

[28] *Id.*

[29] *Id.*

[30] *Id.*

[31] *Id.*

[32] *Id.*

[33] *Id.*

[34] *Cabo Ligado Update 23 April 2025*, Zitamar News (Apr. 24, 2025), https://www.zitamar.com/cabo-ligado-update-23-april-2025-7-20-april-2025/.

[35] *Id.*

[redacted]

120. On April 12, insurgents blocked the N14 Highway between Nanjuan and Muaja, a section of the road that connects the mining concessions in Montepuez to the port of Pemba.[36] They burned two trucks, took four hostages, and demanded ransom ranging from 10,000 to 200,000 meticais.[37] The road was not reopened until the next day.[38]

121. In the following two days, insurgents burned the villages of Ncole and Ngura, destroying over 60 homes as well as churches.[39] They also attacked the Nangade, stealing food and forcing civilians to carry the loot.[40]

122. During the second week of April, the RDF captured 50 insurgents in the Macomioa district.[41] On April 19, approximately 40 to 50 Islamic insurgents attacked the luxury hunting camp of Kambako in the Niassa Special Reserve and occupied the site for at least five days, taking nine hostages.[42] They stole five land cruisers, five guns, motorbikes, fuel, and supplies before burning the entire camp on April 24, 2025.[43] At some point during the

[36] *Id.*

[37] *Id.*

[38] *Id.*

[39] *Terror attacks continue in Northern Mozambique*, Defence Web (May 9, 2025), https://www.defenceweb.co.za/african-news/terror-attacks-continue-in-northern-mozambique/.

[40] *Cabo Ligado Update 23 April 2025*, Zitamar News (Apr. 24, 2025), https://www.zitamar.com/cabo-ligado-update-23-april-2025-7-20-april-2025/.

[41] *Cabo Ligado Update 7 May 2025*, Zitamar News (May 8, 2025), https://www.zitamar.com/cabo-ligado-update-7-may-2025-21-april-4-may-2025/.

[42] *Id.*

[43] *Id.*

[redacted]

occupation, the insurgents beheaded two workers.[44] Some civilians in neighboring villages participated in carrying the looted goods after the attack.[45]

123. Throughout April, insurgents struck a military vehicle with an IED in Macomia, armed clashes in Nangade, attacked Mozambican soldiers near Cobre, attacked UN-contracted trucks along N380 and N14, disrupting the delivery of humanitarian aid, and captured four fishing boats near Tambuzi island.[46]

124. Ten days after the violent day at Kambuko, the insurgents attacked Niassa once again.[47] They targeted the Mariri Environmental Centre, first surveying the area with a drone.[48] The attackers yelled "Allahu akbar" as they shot at rangers, killing ten people.[49] The insurgents

---

[44] Andrea van Wyk, *Caxton National News: Isis allegedly behind beheadings, destruction of luxury SA-owned hunting camp in Mozambique*, Caxton Network News (May 4, 2025), https://www.citizen.co.za/network-news/lnn/article/isis-allegedly-behind-beheadings-destruction-of-luxury-sa-owned-hunting-camp-in-mozambique/.

[45] *Cabo Ligado Update 7 May 2025*, Zitamar News (May 8, 2025), https://www.zitamar.com/cabo-ligado-update-7-may-2025-21-april-4-may-2025/.

[46] *Access Snapshot - Cabo Delgado Province, as of 30 April 2025*, Relief Web (May 20, 2025), https://reliefweb.int/report/mozambique/mozambique-access-snapshot-cabo-delgado-province-30-april-2025-enpt; *Cabo Ligado Update 7 May 2025*, Zitamar News (May 8, 2025), https://www.zitamar.com/cabo-ligado-update-7-may-2025-21-april-4-may-2025/.

[47] Patrick Greenfield, *Ten dead in 'brutal' attacks by Isis-linked militants on Mozambique wildlife reserve*, The Guardian (May 18, 2025), https://www.theguardian.com/environment/2025/may/18/mozambique-niassa-militant-islamist-isis-attacks-aoe#:~:text=age%20of%20extinction-,Ten%20dead%20in%20'brutal'%20attacks%20by%20Isis%2Dlinked,militants%20on%20Mozambique%20wildlife%20reserve&text=One%20of%20Africa's%20largest%20protected,at%20least%2010%20people%20dead.

[48] Alexandre Nhampossa and Fernando Lima, *A drone, an ambush, and a hyena: Niassa ranger Mario Cristovao recounts his dramatic survival*, Zitamar News (May 26, 2025), https://www.zitamar.com/a-drone-an-ambush-and-a-hyena-niassa-ranger-mario-cristovao-recounts-his-dramatic-survival/.

[49] *Cabo Ligado Update 7 May 2025*, Zitamar News (May 8, 2025), https://www.zitamar.com/cabo-ligado-update-7-may-2025-21-april-4-may-2025/; Alexandre Nhampossa and Fernando Lima, *A drone, an ambush, and a hyena: Niassa ranger Mario Cristovao recounts his dramatic survival*, Zitamar News (May 26, 2025),

[redacted]

stole weapons, including machine guns, rifles, and rocket-propelled grenades.[50] More than 2,000 people in Mbamba fled to the bush or to Mecula.[51]

125. The escalation in the conflict during the month of April led to more than 17,000 people being displaced in Ancuabe and 2,000 people being displaced in Mecula.[52] The widespread violence restricted the delivery of humanitarian aid as well, making the situation even more dire.[53]

126. A May 2025 U.N. report states that the humanitarian situation in northern Mozambique, particularly in Cabo Delgado and Niassa provinces, worsened significantly in April 2025 due to "escalating violence by non-State armed groups, resulting in widespread displacement."[54]

127. In May, al-Shabaab successfully attacked an RDF group for the first time, killing three RDF soldiers and wounding six others.[55] They also executed their third attack on Ntotwe, looting goods and kidnapping five children.[56]

---

https://www.zitamar.com/a-drone-an-ambush-and-a-hyena-niassa-ranger-mario-cristovao-recounts-his-dramatic-survival/.

[50] *Cabo Ligado Update 7 May 2025*, Zitamar News (May 8, 2025), https://www.zitamar.com/cabo-ligado-update-7-may-2025-21-april-4-may-2025/

[51] *Id.*

[52] *Access Snapshot - Cabo Delgado Province, as of 30 April 2025*, Relief Web (May 20, 2025), https://reliefweb.int/report/mozambique/mozambique-access-snapshot-cabo-delgado-province-30-april-2025-enpt.

[53] *Id.*

[54] *Id.*

[55] *Recent attacks in Mozambique underscore Islamist insurgency's growing confidence and resurgence*, Defence Web (May 16, 2025), https://www.defenceweb.co.za/african-news/recent-attacks-in-mozambique-underscore-islamist-insurgencys-growing-confidence-and-resurgence/.

[56] *Cabo Ligado Update 7 May 2025*, Zitamar News (May 8, 2025), https://www.zitamar.com/cabo-ligado-update-7-may-2025-21-april-4-may-2025/.

[redacted]

128. On May 9, 2025, the Peace Corps ended its country program in Mozambique after nearly three decades of partnership due to persistent security concerns.[57]

129. On May 11, the insurgents kidnapped six girls and two boys in a field near the village of Magaia.[58] One girl escaped, the two boys were killed, and the remaining five girls are still missing.[59]

130. The next day, the insurgents launched three separate attacks in different parts of Cabo Delgado. First, they captured at least seven people in the village of Macalange.[60] Second, they killed eleven Mozambican soldiers in Muidumbe after attacking an army position.[61] Third, they attacked a Russian research vessel, Atlantida K-1704, near Tambuzi Island, the first attack on a foreign flagged vessel.[62] The insurgents allegedly used stolen fibreglass boats for the attack. The boats were originally given to fishermen's associations by Total.[63]

131. Throughout the next several days, the attacks continued. On May 13, 2025, insurgents ambushed security forces near Macalange, killing at least three people, including a

---

[57] Press Release, Peace Corps, *Peace Corps to Close Country Program in Mozambique* (May 9, 2025).

[58] *Muidumbe girls kidnapped by insurgents remain missing*, Zitamar News (May 15, 2025) https://www.zitamar.com/muidumbe-girls-kidnapped-by-insurgents-remain-missing/.

[59] *Id*.

[60] *Cabo Ligado Update 21 May 2025*, Zitamar News (May 21, 2025), https://www.zitamar.com/cabo-ligado-update-21-may-2025-5-18-may-2025/.

[61] *Terrorists claim deaths of 11 Mozambican soldiers - AIM, Club of Mozambique* (May 12, 2025), https://clubofmozambique.com/news/terrorists-claim-deaths-of-11-mozambican-soldiers-aim-282156/.

[62] *Mozambique: Terrorists attack Russian oceanographic vessel off Tambuzi island - AIM report*, Club of Mozambique (May 13, 2025), https://clubofmozambique.com/news/mozambique-terrorists-attack-russian-oceanographic-vessel-off-tambuzi-island-aim-report-282252/.

[63] *Mozambique LNG takes a step forward*, Zitamar News (May 20, 2025), https://www.zitamar.com/mozambique-lng-takes-a-step-forward/.

[redacted]

park ranger.[64] On the same day, a separate insurgent group attacked the village of Macalange, forcing locals to cook for them and kidnapping seven people.[65] On May 14, 2025, insurgents attacked and wounded at least four soldiers near Mecula and attempted an attack on Macomia.[66] On May 21, 2025, the government forces killed six suspected terrorists in the town of Miangalewa along the N380 road.[67]

B) Connections between the Project and the conflict put community members at risk.

132. [redacted] Total has signed various agreements with the military to protect their assets. The need to protect the Project from attacks has led to the area becoming highly militarized and securitized. Numerous military positions have been established throughout the Afungi Peninsula to safeguard the project. We have witnessed this increased militarization. As discussed below, it impacts our ability to work with communities.

133. [redacted] JA has documented human rights abuses committed by the military. Starting in 2019 the village of Palma was heavily militarized. Mozambican soldiers were present

---

[64] *Cabo Ligado Update 21 May 2025*, Zitamar News (May 21, 2025) https://www.zitamar.com/cabo-ligado-update-21-may-2025-5-18-may-2025/.

[65] Tom Gould, *Insurgents launch second attack in Niassa province*, Zitamar News (May 13, 2025), https://www.zitamar.com/insurgents-launch-second-attack-in-niassa-province/.

[66] *Cabo Ligado Update 21 May 2025*, Zitamar News (May 21, 2025) https://www.zitamar.com/cabo-ligado-update-21-may-2025-5-18-may-2025/; Lusa, *Mozambique: Defence forces foil insurgent attack on Macomia*, Club of Mozambique (May 15, 2025), https://clubofmozambique.com/news/mozambique-defence-forces-foil-insurgent-attack-on-macomia-282377/.

[67] *Mozambique: At least six insurgents killed in Cabo Delgado*, Club of Mozambique (May 21, 2025), https://clubofmozambique.com/news/mozambique-at-least-six-insurgents-killed-in-cabo-delgado-282873/.

[redacted]

in the area, patrolling the village, shops, and market stalls. Reports of violence and threats against civilians emerged. It was common for military personnel to stop vehicles and demand money, creating an atmosphere of fear and intimidation. This situation made foreigners, and even people from Maputo, particularly vulnerable, turning them into easy targets for extortion and threats. The presence of foreigners could be viewed with suspicion, leading to heightened tensions. JA became concerned about travel to Palma, and our staff drastically decreased travelling to Palma.

134. In 2021 and the beginning of 2022, JA documented abuses against community members who Total had resettled in Quitunda. We documented instances where civilians were arrested, tortured, and killed by military forces without any formal charges. Some families chose to leave the village, as they had become targets of the military and police. These actions were part of efforts to identify individuals allegedly linked to insurgent groups.

[redacted]

136. JA assists individuals in cases arising out of sexual violence committed by the military at checkpoints in 2019-2021. We have documented their stories and supported them in seeking justice.

137. JA has also worked with individuals who the security forces kidnapped for ransom after they received resettlement payments. JA connected kidnapping victims with legal representation. JA assisted the victims in pursuing their case to the National Human Rights Commission.

138. In the early stages of the conflict, Muslim populations were particularly targeted by security forces—facing suspicion, harassment, and abuse under the justification of

[redacted]

counterinsurgency operations. Many of the resettled communities were Muslim fishing communities belonging to the Mwani and Makwe ethnic groups, and thus faced particular persecution. The security forces protecting the Project has also restricted community members' freedom of movement. In some communities, residents were not allowed to move freely into the bush, where their *machambas* (fields) were located. Simply being seen in the bush could lead to being suspected of insurgent activity.

139. As Total resumes Project operations, security forces will concentrate in the Project area to protect the Project's operations, putting civilians at risk of abuse by security forces. Insurgents will continue to attack the Project, putting civilians caught in the crossfire at risk.

140. Finally, based on our experience, JA sees the conflict in part as the result of a 'resource curse' arising from the discovery of the gas. As gas extraction has become the overriding priority for the government and corporations, local injustices, human rights abuses, and political repression increase and regional instability escalates. The Project fuels the insurgent groups' grievances, which include socio-economic marginalization, the formalization of the extractive sector interrupting local mining operations, and inequalities exacerbated by the discovery of natural gas.[68]

C) The conflict creates risk and difficulty in JA's work with communities affected by the Project.

141. JA's work has been directly affected by the conflict in Cabo Delgado.

142. The conflict creates risk for us when we visit the communities we work with.

---

[68] Anneke Wensing, Friends of the Earth and Justica Ambiental, *Fuelling the Crisis in Mozambique*, p.20-25 (May 16, 2022).

[redacted]

143. We assess this risk based on our personal experiences living in Mozambique, communication with people in Cabo Delgado, and by relying on trusted sources like the news and NGO reports cited above.

144. We have historically travelled to Cabo Delgado to meet with the communities.

145. The conflict makes travel within Cabo Delgado dangerous.

146. Those visiting the region risk attack from the insurgents or government-affiliated security forces.

147. In a context of war, it is impossible to say that it is safe to travel to the region today, as the security situation in northern Mozambique remains volatile and poses significant risks to travelers. Although Palma town itself may be accessible, the surrounding districts and villages remain high-risk zones due to insurgent activities.

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

153. The military has instituted restrictions around group gatherings, which has prevented JA from work around community capacity building. This capacity building and training were on diverse issues such as legal training, environmental impacts of gas, community mobilization and campaigning. The prohibition against people, especially young men, gathering in villages reflects a broader strategy to minimize perceived threats, as such gatherings could be misconstrued as planning or conspiring against the authorities. This kind of environment can create significant challenges for both locals and outsiders, as normal social interactions are curtailed by fear of misinterpretation.

154. We have had to cancel programs due to an inability to travel to parts of the region.

155. Due to a significant escalation of violence in the province, we were unable to continue direct support to some communities. We had a program that aimed to highlighting the indirect impacts of the oil and gas industry in Cabo Delgado. The initiative focused on

[redacted]

communities not located within the immediate extraction zones but still affected by the industry's expansion — particularly through land grabbing driven by contractor projects linked to the energy sector. Communities have been impacted by stone extraction projects designed to supply materials to the gas industry. In addition to land dispossession, community members reported intimidation, illegal arrests, and unjust compensation practices. Community members had their agricultural lands appropriated by a project that planned to construct a logistics harbor in Pemba City, developed to support the Project. We deeply regret the discontinuation of this program.

156. Throughout the conflict—including to present day—the insurgents have targeted National Road No. 380, the major road that runs through the province, making travel by road unsafe.

157. [redacted]

[redacted]

161. Despite the presence of military escorts and checkpoints, the risk of ambushes and attacks is a constant concern for both civilians and security forces.

162. We have heard and read reports that IEDs are a risk on the road.

163. JA office staff have not traveled by road in at least one year.

164. While road travel remains risky due to ongoing insecurity and the potential for insurgent activity, the absence of viable alternatives has forced civilians to take significant risks when traveling by road. The journey is not only long and uncertain but also marked by delays in places like Macomia, where travelers often have to wait hours for a military convoy.

165. The only safe way JA staff can travel to the region is on a chartered United Nations flight. This flight is only scheduled twice or three times a week. It is expensive. There is a wait list for travel and thus this is not a reliable option for us.

166. The difficulty and expense in traveling to the region has decreased our ability to carry out regular visits. It prevents us from attending unplanned meeting or events and decreases our ability to react to emergencies. It is more difficult to bring experts to the region, both because of the lack of logistical flexibility and experts' hesitancy to work in dangerous areas.

[redacted]

167. One area that has been badly affected by the conflict is the work around legal support with affected communities. The courts are in Pemba, which require us to travel with the plaintiffs, family members and witnesses. In the past, we would travel by road, but this is now dangerous. However, the UN flights are too limited and expensive to be used as regular travel. When a court date is given, it becomes a stressful race to sort out the logistics to get the people to the courts on time. Lawyers are also more hesitant to work in the north of Mozambique due to safety. Sometimes, we bring community members to lawyers, which is expensive. Participants in legal matters face threats, as discussed above. This has forced us to not take up some legal cases in support of communities due to our inability to guarantee participants' safety and logistics.

168. Research has also been delayed due to increased costs, human rights violations, and logistical restriction due to safety and militarization. Some of this work included research on malnutrition (especially children under 5) and loss of livelihoods, landgrabbing, conflict, compensation and resettlement issues.

169. As discussed above, we fear that the Project resuming will cause increased violence, which will further impede our work. If the Project was not restarting, the need to provide services to community members would be less urgent, as there would be no new threats to community members' land and homes. If the Project proceeds and continues to appropriate land and resources from community members, even more community members will urgently need services. If the Project were to restart, our core activities of providing services to Project-affected individuals will be significantly more difficult. JA staff will have to make more frequent trips to the area to respond to new displacement. Because the road is not safe, it is difficult to get there, placing us at increased risk of physical danger. When we arrive, we will be at risk of attacks by the insurgents and the military. Alternatively, we will have to conduct our work over

[redacted]

the phone or virtually, which is less effective and more difficult than in person counselling. Many community members cannot access phones. It is difficult to conduct sensitive interviews virtually. We cannot see the physical harms. [redacted]. JA will have to choose between this dangerous travel and providing communities less effective services.

**IV. Ability to oppose the Project**

170. Community members fear retaliation from the Mozambique government if they publicly oppose the Project. The community members we work with are fearful to share their names or other identifying information due to concerns about reprisals. This makes it more difficult for JA to document the abuses they experience. We have to implement additional security measures to protect the identities of individuals we work with.

171. People have told JA staff they are afraid to dissent in front of certain community leaders, as these leaders work closely with the industry. They are often paid by the industry to prevent opposition from the community or have strong political links with an interest in the gas projects. Even anonymous complaints could bring retaliation to an entire community.

172. Financial, language, and other barriers would hinder individuals living in these remote and impoverished communities, many of them displaced from their homes by the conflict or the Project, from bringing their claims.

173. EXIM's approval of the loan has forced JA to expend money and time [redacted] to communities that are now more exposed to intimidation by governmental authorities when they raise their voices. Now that construction is set to begin, opposition to the Project threatens imminent interests of powerful individuals in Mozambique and is more dangerous.

[redacted]

174. JA also faces risks in our work, including harassment and threats. [redacted]

175. JA has faced significant threats and oppression for a long while. Much of our work on cases or projects that are of importance to the political elites puts us at risk, especially those involving the gas projects in Cabo Delgado. Opposition to the Project threatens the interests of the government and powerful individuals in Mozambique, and is dangerous.

[redacted]

[redacted]

[redacted] In April 2020, journalist Ibrahimo Mbaruco was arrested by the military. His last text message to a friend read: "*I am being taken by the military,*" and he has not been seen since. Mbaruco was a journalist at the community radio station in Palma. Election observer Anastascio

---

[redacted]

[redacted]

Matavele was murdered in 2019,[70] and journalist João Chamusse was killed in 2023.[71]

[redacted]

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 21, 2025, in [redacted]

[redacted]

[70] *Mozambique police jailed for killing election observer*, BBC (June 18, 2020), https://www.bbc.com/news/world-africa-53102344

[71] Alberto Massango, *Journalist murdered in Katembe* (Dec. 14, 2023), https://aimnews.org/2023/12/14/journalist-murdered-in-katembe/