# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 25-5387** **September Term, 2026**

**1:25-cv-02235-CJN**

**Filed On: October 13, 2026** **[2197911]**

Friends of the Earth U.S. and Justica Ambiental,

Appellants

v.

Export-Import Bank of the United States, et al.,

Appellees

**MANDATE**

In accordance with the judgment of August 18, 2026, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Daniel J. Reidy
Deputy Clerk

Link to the judgment filed August 18, 2026