IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FRIENDS OF THE EARTH U.S.,** et. al,

*Plaintiffs*,

v.

**EXPORT-IMPORT BANK OF THE UNITED STATES,** et. al.,

*Defendants*.

Civil Action No. 1:25-cv-02235-CJN

**PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION**

On March 13, 2025, the acting Board of Directors of Defendant Export-Import Bank of the United States ("EXIM") unlawfully approved a $4.7 billion loan – one of the largest direct loans in its history – to subsidize a foreign corporation's construction of a massive, highly controversial liquefied natural gas project ("the Project") in Mozambique. This final approval – made by an unlawfully constituted Board, without following the statutory notice and comment requirements, and without considering the economic harms the Project would cause in the U.S. or its dire impacts on local people – was arbitrary and capricious, and violated clear provisions of the Export Import Bank Act of 1945, 12 U.S.C. §§ 635-635t and EXIM's own procedures. Plaintiffs Jane Does 1, 2, and 3, and John Does 1, 2, 3, 4, and 5 are community members who live beside the Project and are directly harmed by the Project. Plaintiffs Friends of the Earth U.S. and Justiça Ambiental are non-profit organizations that provide services to, and defend the rights of, people harmed by the Project. Plaintiffs, organizational Plaintiffs' members, and the

community members Plaintiffs live alongside and serve have suffered harm due to EXIM's decision and will continue to suffer immediate, irreparable harm.

Plaintiffs hereby move for a preliminary injunction enjoining Defendants from releasing any loan funds or further obligating the United States under any loan agreement for the Project until this Court can finally resolve the merits. The grounds for a preliminary injunction are set forth in Plaintiffs' Memorandum of Law in Support of Plaintiffs' Motion For Preliminary Injunction, as well as the accompanying declarations, filed contemporaneously and incorporated here by reference.

As set forth in the memorandum of law, Plaintiffs have established that the final approval is unlawful; that they will suffer irreparable harm absent relief; and that the balance of equities and the public interest weigh strongly in favor of a preliminary injunction. Expedition of this matter is essential to prevent imminent harm to Plaintiffs. Pursuant to Local Rule 65.1(d), Plaintiffs respectfully request that the Court set oral argument on the application for preliminary injunction as soon as possible.

Pursuant to Local Civil Rule 65.1(a), counsel conferred with counsel for Defendants, who oppose this motion.

Date: October 15, 2026

Respectfully submitted

/s/ *Richard L. Herz*
Richard L. Herz[*] (admitted *pro hac vice*)
Lindsay A. Bailey (D.C. Bar No. 1723447)
EarthRights International
1400 K St. NW Suite 750,
Washington, DC 20005

[*] Based in CT; admitted in NY; does not practice in DC's courts.

(202) 466 5188
rick@earthrights.org

Steven B. Herz (admitted *pro hac vice*)
The Law Office of Steven Herz
1954 Mountain Blvd.
Oakland CA 94661

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that this document will be served on Defendants in accordance with Federal Rule of Civil Procedure 5(a).

DATE: October 15, 2026

/s/ Richard L. Herz
Richard L. Herz