**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**FRIENDS OF THE EARTH U.S.,** et. al.,

*Plaintiffs*,

v.

**EXPORT-IMPORT BANK OF THE UNITED STATES,** et. al.,

*Defendants*.

Civil Action No. 1:25-cv-02235-CJN

# JOINT STATUS REPORT

Plaintiffs Friends of the Earth U.S., Justiça Ambiental and individual "Doe" Plaintiffs, and Defendants the Export Import Bank of the United States ("EXIM" or the "Agency"); Defendants John Jovanovic, in his official capacity as President and Chairman; James Burrows Jr., in his official capacity as Acting First Vice President and Vice Chairman; and Spencer Bachus III, in his official capacity as Member of the Board of Directors ("Defendants"); and Defendant-Intervenor TotalEnergies EP Mozambique Area 1, Limitada ("TEPMA1"); through undersigned counsel, respectfully file this joint status report in accordance with the Court's October 16, 2026 Order.

**(1) Proposed briefing schedule for the Motion;**

EXIM proposes the following briefing schedule, which is a slight extension of the schedule the Court previously ordered. To accommodate EXIM, Plaintiffs and TEPMA1 do not oppose this request:

- Defendants' Opposition to the Motion for Preliminary Injunction (if any): November 10, 2026

- Plaintiffs' Reply to Defendants' Opposition to the Motion for Preliminary Injunction (if any): November 24, 2026

TEPMA1 reserves the right to seek an extension of its deadline to respond to the preliminary-injunction motion (and Plaintiffs reserve the right to oppose any such motion) depending on ongoing negotiations.

Plaintiffs have filed information that they believe would potentially identify the "Doe" Plaintiffs under seal, for attorneys' eyes only, DE 84, consistent with this Courts' Stipulated Protective Order, DE 79 ¶¶ 1(iv), 20. This information includes, for example, locations where declarants assert that they live, where their families live, where they farm, where they are unable to fish or where construction is causing disturbance and damaging their farms due to noise and dust. Plaintiffs assert that disclosure of this information could cause grave harm, and believe that the parties can come to an agreement regarding a workable solution for disclosures to TEPMA1 that does not put their lives at risk. *See* DE 84.

TEPMA1 does not object to sealing this information and to using the information solely for this case and not disseminating it to third parties. TEPMA1 has objected, however, that it needs to share this information with its client, which operates the Project and possesses information necessary to evaluate these factual assertions on which Plaintiffs' claims to standing are based. TEPMA1 believes that sharing this information with TEPMA1 is essential both to assist counsel in representation of TEPMA1's interests and so that TEPMA1 retains its right to control its representation as the client. Plaintiffs and TEPMA1 have been working diligently to attempt to bridge this gap and avoid the need for judicial intervention. If the issue cannot be resolved without judicial intervention, TEPMA1 intends to move for judicial relief and seek to stay the deadline to respond to the preliminary injunction motion pending disposition of that motion. As stated above, Plaintiffs reserve the right to oppose any such motion.

**(2) Whether a hearing on the Motion is necessary, and if so, a proposed date and time for such a hearing;**

The Parties are available for a hearing on December 17 or 18 at 10 a.m. or at any time convenient to the Court. TEPMA1 defers to the Court's preference regarding whether to hold a hearing.

**(3) Whether the Parties anticipate factual disputes between affiants.**

The Parties do not currently anticipate factual disputes between affiants such that there would need to be an evidentiary hearing, but the parties reserve the right to address any factual disputes that may arise. TEPMA1 is unable to take a position at this time because it is currently constrained from sharing factual information with its client.

**(4) Any other issues that the Parties believe will be helpful to the Court**

<u>TEPMA1's Statement:</u>

Unlike the original Complaint, the Amended and Supplemental Complaint seeks to add tort and other claims for damages against TEPMA1 under the laws of Mozambique by eight individuals, in addition to the existing claims against EXIM under the Administrative Procedure Act. TEPMA1 contends it is not subject to personal jurisdiction for these new claims, and contends that they are otherwise improper for many reasons, and it will seek dismissal under Federal Rule of Civil Procedure 12(b)(2) when it responds to the Amended and Supplemental Complaint, along with any other defense or other objection to jurisdiction or venue. By submitting this Joint Status Report and otherwise addressing the Administrative Procedure Act claims, TEMPA1 in no way waives any rights or defenses.

Date: October 21, 2026

*/s/ Lindsay Anne Bailey*
Lindsay A. Bailey (D.C. Bar No. 1723447)
Richard L. Herz* (admitted pro hac vice)
EarthRights International
1400 K St. NW Suite 750
Washington, DC 20005
(202) 466 5188
lindsay.bailey@earthrights.org

*Attorneys for Plaintiffs*

* Based in CT; admitted in NY; does not practice in DC's courts

JEANINE FERRIS PIRRO
United States Attorney

By: */s/ Michael E. Yohannan*
MICHAEL E. YOHANNAN
PA Bar # 307575
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
Tel: (202) 809-2054
Michael.Yohannan@usdoj.gov

*Attorneys for the United States of America*

*/s/ Andrew D. Prins*
Andrew D. Prins (DC Bar No. 998490)
Gregory G. Garre (DC Bar No. 440779)
Stacey L. VanBelleghem (DC Bar No. 988144)
Jonathan L. Williams (DC Bar No. 999708)
Dorothy M. Canevari (D.C. Bar No. 90042751)
Rachael L. Westmoreland (DC Bar No. 90034032)
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
Tel: (202) 637-2200
Fax: (202) 637-2201

Email: andrew.prins@lw.com
gregory.garre@lw.com
stacey.vanbelleghem@lw.com
jonathan.williams@lw.com
rachael.westmoreland@lw.com
dolly.canevari@lw.com

Nicholas L. Schlossman (DC Bar No. 1029362)
LATHAM & WATKINS LLP
300 Colorado Street, Suite 2400
Austin, TX 78701
Tel: (737) 910-7300
Fax: (737) 910-7301
Email: nicholas.schlossman@lw.com